1  BONNETT, FAIRBOURN,
      FRIEDMAN & BALINT, P.C.
2  ANDREW S. FRIEDMAN (AZ005425)
   ELAINE A. RYAN (AZ 012870)
3  PATRICIA N. SYVERSON (CA 203111; AZ 020191)
   2901 N. Central Avenue, Suite 1000
4  Phoenix, AZ 85012-3311
   Telephone:    (602) 274-1100
5  Facsimile:    (602) 798-5825

6  BONNETT, FAIRBOURN,
      FRIEDMAN & BALINT, P.C.
7  TODD D. CARPENTER (234464)
   600 West Broadway, Suite 900
8  San Diego, CA 92101
   Telephone:    (619) 756-6978
9  Facsimile:    (602) 798-5825

10

11                    **UNITED STATES DISTRICT COURT**

12             **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

13  HARRY DENNIS, on behalf of himself and      Case No. **09 CV 1786 IEG      WMC**
    all other Californians similarly situated,

14                                              **CLASS ACTION COMPLAINT**
                        Plaintiff,
15        v.                                    **BY FAX**

16  KELLOGG COMPANY, a Delaware                 1.  Violation of Unfair
    corporation,                                    Competition Law, Business and
17                                                  Professions Code §17200
                        Defendant.
18                                              2.  Unjust Enrichment

19                                              **[JURY TRIAL DEMANDED]**

20                       **NATURE OF THE ACTION**

21        1.      Defendant manufactures, distributes and sells the Frosted Mini-Wheats® line of

22  products (the "Products") in California and throughout the United States.

23        2.      This is a class action challenging Defendant's long term practice of misrepresenting

24  on Product packaging, in commercial advertisements, on its website and in other marketing materials

25  and media that the Products have unique, drug-quality properties that will improve kids'

26  attentiveness by nearly 20%. Plaintiff, on behalf of himself and a Class of California consumers, is

27

28

ORIGINAL

1  seeking a refund of the purchase price of the Products and disgorgement of Defendant's profits

2  derived from the sale of the Products.

3  **JURISDICTION AND VENUE**

4      3.     This Court has original jurisdiction over this class action under 18 U.S.C. §1332(d)

5  which, under the provisions of the Class Action Fairness Act ("CAFA"), explicitly provides for the

6  original jurisdiction of the federal court in any class action in which any member of the Class is a

7  citizen of a state different from any Defendant and in which the matter in controversy exceeds the

8  sum of $5 million exclusive of interest and costs. Plaintiff alleges that the claims of individual class

9  members in this action exceed $5 million in the aggregate, exclusive of interest and costs, and that

10  the total number of members of the proposed Class is greater than 100, as required by 28 U.S.C. §

11  1332(d)(2), (5). As set forth below, Plaintiff is a citizen of California, whereas Defendant is a citizen

12  of Delaware and/or Michigan.

13      4.     Venue lies within this District pursuant to 28 U.S.C. § 1391(b)-(c) in that: Defendant

14  Kellogg Company conducts business in this District; certain acts giving rise to the claims asserted in

15  this Complaint occurred within this District; the illegal actions of Defendant, as alleged in this

16  Complaint, caused damage to Plaintiff and Class members within this District; and Plaintiff resides

17  within this District.

18  **THE PARTIES**

19      5.     Plaintiff Harry Dennis is an individual residing in San Diego County, California.

20  During the Class period, he purchased the Product, suffered injury in fact and has lost money and

21  property as a result of the unlawful, unfair, misleading and deceptive advertising described herein.

22      6.     Defendant Kellogg Company is a Delaware corporation with its principal place of

23  business in Battle Creek, Michigan. Defendant is responsible for researching, developing,

24  manufacturing, marketing and distributing its Products to consumers throughout the United States,

25  including tens of thousands of consumers in California.

26  ///

27  ///

28

## DEFENDANT'S UNLAWFUL CONDUCT

7.    Defendant manufactures and distributes a line of nine (9) varieties of Frosted Mini-Wheats® ready-to-eat cereals including Strawberry Delight, Unfrosted, Big Bite, Maple and Brown Sugar, Blueberry Muffin, Bite Size, Honey Nut Little Bites, Cinnamon Streusel, and Chocolate Little Bites (collectively, "Frosted Mini-Wheats" or the "Products").

8.    Defendant extensively markets the Products wherein it prominently promotes the Products' ability to improve kids' attentiveness by nearly 20%.  For example, appearing on the front and back panels of the Product packages Defendant represents that, *inter alia*, the Product is "clinically shown to improve kids' attentiveness by nearly…20%."

9.    The back panel of the Product packaging states that:

> Based upon independent clinical research, kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast.

10.    Defendant's television advertising similarly represents that "A clinical study showed kids who had a filling breakfast of Frosted Mini-Wheats cereal improved their attentiveness by nearly 20 percent."

11.    Defendant's print advertising provides:

> 3 Strategies to Start Their Day Off Right
> Does your child need to pay more attention in school? Use the following tips to help
> keep your little ones ahead of the class:
>
> ***
>
> √ Start the Day with Breakfast.
> Kids need an energy boost after a long night's sleep. A recent clinical study showed that a whole grain and fiber-filled breakfast of Frosted Mini-Wheats helps improve children's attentiveness by nearly 20%.

12.    And, Defendant issued a press release in March 2008 that stated:

> Keeping 'Em Full and Focused
> Kellogg recently commissioned research to measure the effect on kids of eating a breakfast of Frosted Mini-Wheats® cereal. An independent research group conducted a series of standardized, cognitive tests on children ages 8 to 12 who ate either a breakfast of Frosted Mini-Wheats® cereal or water. The result? The children who

1   ate a breakfast of Frosted Mini-Wheats® cereal had a nearly 20%
improvement in attentiveness.

2

3       13.   Defendant's Product packages, internet advertising and print advertising refer the

4   consumer to Defendant's website for further information. Defendant's website similarly represents

5   that: "A breakfast of Frosted Mini-Wheats® cereal is clinically shown to improve kids' attentiveness

6   by nearly 20%."

7       14.   Defendant's website also represents that:

8       The Daily Wheat: Attentiveness Put to the Test:
This is Mini™, reporting from an event that has captured our
attention. A team of kids are attempting to show that a breakfast of

9       Kellogg's® Frosted Mini-Wheats® cereal can help keep them
attentive all morning long.

10

11      It was apparent from the first test that the Frosted Mini-Wheats®
team's attentiveness was strong. And as the morning progressed, it
didn't waiver.

12

13      In the end, a round of enthusiastic cheers could be heard coming from
the moms' viewing section as the 8-layers of whole grain fiber in
Frosted Mini-Wheats® cereal proved to improve kids' attentiveness

14      by nearly 20%!

15      15.   Defendant represents in all of its advertising that its claim that consumption of the

16  Products improves kids' attentiveness by nearly 20% is: "Based upon independent clinical research,

17  kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better

18  attentiveness three hours after breakfast than kids who ate no breakfast."

19      16.   Upon investigation, the FTC found Defendant's representations as set forth above to

20  be "false or misleading." *See* Exhibit A, FTC Complaint, No. 082 3145.

21      17.   The FTC found that "eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for

22  breakfast is not clinically shown to improve kids' attentiveness by nearly 20%." The FTC stated that

23  in the clinical study referred to by Defendant, "only about half the kids who ate Frosted Mini-

24  Wheats® cereal showed any improvement after three hours as compared to their pre-breakfast

25  baseline. In addition, overall, only one in seven kids who ate the cereal improved their attentiveness

26  by 18% or more, and only about one in nine improved by 20% or more." *See* Exhibit A, FTC

27  Complaint, No. 082 3145.

28

CLASS ACTION COMPLAINT
- 4 -

18.     The FTC also found that "eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is not clinically shown to improve kids' attentiveness by nearly 20% compared to kids who ate no breakfast." The FTC stated that in the clinical study referred to by Defendant, "kids who ate Frosted Mini-Wheats® had an average of 10.6% better attentiveness three hours later than kids who had skipped breakfast; relatively few kids experienced better attentiveness near the 20% level." *See* Exhibit A, FTC Complaint, No. 082 3145.

19.     Based on the results of its investigation, the FTC filed a complaint against Defendant alleging "unfair or deceptive acts or practices" and "false advertising" in violation of the Federal Trade Commission Act ("FTCA"). *See* Exhibit A, FTC Complaint, No. 082 3145.

20.     In response to the FTC's complaint, on April 20, 2009, Defendant agreed to refrain from representing that "eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is clinically shown to improve kids' attentiveness by nearly 20%, or by any other specific percentage" or that "eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is clinically shown to improve kids' attentiveness by nearly 20%, or by any other specific percentage, as compared to children who ate no breakfast" unless, at the time the representation is made it is "true and non-misleading." *See* Exhibit A, FTC Complaint, No. 082 3145.

21.     Currently, Defendant's advertising represents that eating Frosted Mini-Wheats Products leads to "Better Attentiveness – A clinical study showed kids who ate a filling breakfast of KELLOGG'S® FROSTED MINI-WHEATS® cereal had 11% better attentiveness compared to kids who missed out on breakfast." *See* http://www.frostedminiwheats.com/study-hall, available as of June 17, 2009.

22.     In addition, Defendant's advertising represents that eating Frosted Mini-Wheats Products leads to "Better Quality of Memory – A clinical study showed kids who ate a filling breakfast of KELLOGG'S® FROSTED MINI-WHEATS® cereal had 23% better quality of memory when compared to kids who missed out on breakfast." *See* http://www.frostedminiwheats.com/study-hall, available as of June 17, 2009.

23.    The labeling and advertising claims at issue in the FTC complaint represent that the Products have unique, drug-quality properties that will improve kids' attentiveness by nearly 20%. However, the Products' properties in this respect are not unique and the clinical studies do not support Defendant's claims that eating the Frosted Mini-Wheats Products will improve kids' attentiveness by nearly 20%.

24.    As the manufacturer and distributor of the Products, Defendant possesses specialized knowledge regarding the content and effects of the ingredients contained in the Products, and is in a superior position to learn of the effects and has learned of the effects its Products will have on consumers, including their effectiveness.

25.    Plaintiff contends that he has been misled by Defendant's labeling and attentiveness advertising claims into purchasing and paying for Products that were not unique or drug-equivalent in their ability to improve kids' attentiveness, and that he has, as a direct result, suffered actual damages in that he has been deprived of the benefit of her bargain and has spent money on Products that lacked the value he was led by Defendant to believe they had.

26.    Defendant, by contrast, has profited enormously from its misrepresentations. Defendant represents that in 2008 the company realized $12.8 billion in retail sales, including a sales growth of 3 percent for its ready-to-eat cereal sales which includes retail sales of its Frosted Mini-Wheats® line of products which were sold in California and throughout the United States in grocery stores, club and supercenters, and discount stores.

## PLAINTIFF'S EXPERIENCE

27.    Plaintiff purchased one or two boxes of Chocolate Little Bites during the spring of 2009, and paid the retail price of approximately $3-5 for each box.

28.    Plaintiff read the Product package and relied on the attentiveness claims set forth above, as well as others similar to them, found on the Product packages and as advertised on television. The attentiveness claims were a material factor in Plaintiff Dennis's decision to purchase, and have his children consume, the Frosted Mini-Wheats® Products.  Plaintiff's reliance on

1  Defendant's representations was reasonable given that Defendant has a reputation as a reliable and

2  trustworthy company.

3      29.    Plaintiff had his children consume the Frosted Mini-Wheats® as directed to improve

4  their attentiveness.

5      30.    On or about June 2009, Plaintiff learned of the unlawful, unfair, misleading or

6  deceptive labeling and advertising practices concerning Defendant's attentiveness claims.

7      31.    Plaintiff has suffered injury in fact and lost money and property as a result of the

8  alleged misconduct.  He has been injured in the amount paid for the Products.

9                    **CLASS ALLEGATIONS**

10     32.    Plaintiff brings this action on his own behalf and as a Class action pursuant to Rule

11  23(a) and (b)(2) of the Federal Rules of Civil Procedure and seeks certification of the following

12  Class:

13          All California residents who from and after August 14, 2005,
            purchased any of the Frosted Mini-Wheats Products.[1]

14

15     33.    Excluded from the Class is Defendant, any person, firm, trust, corporation, officer,

16  director or other individual or entity in which the Defendant has a controlling interest or which is

17  related to or affiliated with the Defendant, and the legal representatives, heirs, successors-in-interest

18  or assigns of any such excluded party.

19     34.    Plaintiff and the members of the Class are so numerous that joinder of all members

20  individually, in one action or otherwise, is impractical.

21     35.    This action involves questions of law and fact common to Plaintiff and all members

22  of the Class which include:

23          (a)    Whether Defendant has engaged in an unlawful, unfair, misleading or

24  deceptive business act or practice through its labeling and advertising practices;

25  _____

26  [1] The "Frosted Mini-Wheats Products" include: Strawberry Delight, Unfrosted, Big Bite, Maple and
    Brown Sugar, Blueberry Muffin, Bite Size, Honey Nut Little Bites, Cinnamon Streusel, and
27  Chocolate Little Bites.

28

1           (b)     Whether Defendant's labeling and advertising misrepresented the nature of the

2 Products; and

3           (c)     Whether Plaintiff and Class members are entitled to restitution of the monies

4 they paid to purchase the Products and disgorgement of profits Defendant received from the sale of

5 its Products.

6      36.     Plaintiff's claims are typical of the claims of the members of the Class. The named

7 Plaintiff is a member of the Class of victims described herein.

8      37.     The named Plaintiff is willing and prepared to serve the Court and proposed Class in

9 a representative capacity with all of the obligations and duties material thereto. Plaintiff will fairly

10 and adequately protect the interests of the Class and has no interests adverse to or which directly and

11 irrevocably conflict with, the interests of the other members of the Class.

12      38.     The self-interests of the named Class representative are co-extensive with, and not

13 antagonistic to, those of the absent Class members. The proposed representative will undertake to

14 represent and protect the interests of the absent Class members.

15      39.     The named Plaintiff has engaged the services of counsel indicated below. Said

16 counsel are experienced in complex class litigation, will adequately prosecute this action, and will

17 assert and protect the rights of, and otherwise represent the named Class representative and absent

18 Class members.

19      40.     This action is brought under Rule 23(b)(2) because Defendant has acted on grounds

20 generally applicable to all members of the Class and final injunctive relief is appropriate to the Class

21 as a whole.

22      41.     Judicial determination of the common legal and factual issues essential to this case

23 would be far more efficient and economical as a class action than in piecemeal individual

24 determinations.

25      42.     Plaintiff knows of no difficulty that will be encountered in the management of this

26 litigation which would preclude its maintenance as a class action.

27 ///

28

1
2

**FIRST CAUSE OF ACTION**
**VIOLATION OF UNFAIR COMPETITION LAW**
**BUS. & PROF. CODE § 17200**

3    43.    Plaintiff incorporates by reference each of the preceding allegations as though fully

4  set forth herein.

5    44.    California Business & Professions Code §17200, *et seq.* prohibits acts of unfair

6  competition, which means and includes any "unlawful, unfair or fraudulent business act or practice,"

7  or any "unfair, deceptive, untrue or misleading advertising."

8    45.    Defendant violated California Business & Professions Code §17200's prohibition

9  against engaging in an "unlawful" business act or practice, by, *inter alia*, misrepresenting on Product

10  packaging, in commercial advertisements, on its website and in other marketing materials and media

11  that the Products have unique, drug-quality properties that will improve kids' attentiveness by nearly

12  20% in violation of the Federal Trade Commission Act, Cal. Bus. & Prof. Code §17500 and

13  common law.

14    46.    Defendant also violated California Business & Professions Code §17200's

15  prohibition against engaging in an "unfair" business act or practice by, *inter alia*, misrepresenting on

16  Product packaging, in commercial advertisements, on its website and in other marketing materials

17  and media that the Products have unique, drug-quality properties that will improve kids'

18  attentiveness by nearly 20%. Defendant engaged in its deceptive marketing campaign to, *inter alia*,

19  gain an unfair competitive advantage over other ready-to-eat cereal manufacturers who did not

20  engage in similar misleading advertising practices.  Further, Defendant's conduct caused and

21  continues to cause substantial injury to consumers.  The gravity of Defendant's alleged wrongful

22  conduct outweighs any purported benefits attributable to such conduct.

23    47.    The foregoing conduct also violates Business & Profession Code §17200's

24  prohibitions against "fraudulent" or deceptive business practices. Defendant's misrepresentations on

25  Product packaging, in commercial advertisements, on its website and in other marketing materials

26  and media that the Products have unique, drug-quality properties that will improve kids'

27

28

---

CLASS ACTION COMPLAINT
- 9 -

1    attentiveness by nearly 20% are likely to and did deceive reasonable consumers, including Plaintiff,

2    into believing the Products had specific drug-quality properties.

3         48.     Plaintiff reserves the right to allege other violations of law which constitute other

4    "unlawful, unfair or fraudulent business act[s] or practice[s]."

5         49.     Plaintiff has been actually injured by Defendant's unlawful, unfair, deceptive and

6    fraudulent business acts and practices.

7         50.     As a result of Defendant's violations of the UCL, Plaintiff and Class members are

8    entitled to equitable relief in the form of full restitution of all monies paid for Defendant's Products.

### SECOND CAUSE OF ACTION
### UNJUST ENRICHMENT

11         51.     Plaintiff incorporates by reference each of the preceding allegations as though fully

12    set forth herein.

13         52.     Plaintiff and Class members conferred a benefit on Defendant by purchasing the

14    Products.

15         53.     Defendant appreciated and/or realized the benefits in the amount of the profits it

16    earned from sales of the Products to Plaintiff and Class members.

17         54.     Defendant has profited from its unlawful, unfair, misleading and deceptive practices

18    and advertising at the expense of Plaintiff and Class members, under circumstances in which it

19    would be unjust for Defendant to be permitted to retain the benefit.

20         55.     Plaintiff and Class members do not have an adequate remedy at law against

21    Defendant.

22         56.     Plaintiff and Class members are entitled to disgorgement of the profits derived from

23    the sale of the Products.

### PRAYER FOR RELIEF

24    WHEREFORE, Plaintiff prays for a judgment:

25         A.      Certifying this action as a Plaintiff class action as set forth above;

26

27

28

B.      Awarding Plaintiff and Class members equitable relief in the form of restitution of all monies paid for the Products and disgorgement of the profits derived from the sale of the Products;

C.      Awarding Plaintiff pre-judgment and post-judgment interest as provided by law;

D.      Awarding Plaintiff attorneys' fees and costs; and

E.      Awarding such other and further relief as may be just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: August 17, 2009

BONNET, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.


_Todd D. Carpenter_

Todd D. Carpenter
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: 619-756-6978
Facsimile: 602-798-5860

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
Andrew S. Friedman
Elaine A. Ryan
Patricia N. Syverson
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona 85012-3311
Telephone: 602-274-1100
Facsimile:  602-798-5860

Attorneys for Plaintiff

Exhibit A

082 3145

## UNITED STATES OF AMERICA
## FEDERAL TRADE COMMISSION

COMMISSIONERS:    Jon Leibowitz, Chairman
                  Pamela Jones Harbour
                  William E. Kovacic
                  J. Thomas Rosch '

|  |  |
|---|---|
| In the Matter of | ) |
|  | ) |
|  | )    DOCKET NO. C- |
| KELLOGG COMPANY, | ) |
|     a corporation. | ) |

## COMPLAINT

The Federal Trade Commission, having reason to believe that Kellogg Company, a corporation ("respondent"), has violated the provisions of the Federal Trade Commission Act, and it appearing to the Commission that this proceeding is in the public interest, alleges:

1.     Respondent Kellogg Company is a Delaware corporation with its principal office or place of business at One Kellogg Square, P.O. Box 3599, Battle Creek, Michigan, 49016.

2.     Respondent has labeled, advertised, promoted, offered for sale, sold, and distributed Kellogg's® Frosted Mini-Wheats® cereal to consumers.

3.     Kellogg's® Frosted Mini-Wheats® cereal is a "food" within the meaning of Sections 12 and 15 of the Federal Trade Commission Act.

4.     The acts and practices of respondent, as alleged herein, have been in or affecting commerce, as "commerce" is defined in Section 4 of the Federal Trade Commission Act.

5.     Respondent has disseminated or caused to be disseminated advertisements for Kellogg's® Frosted Mini-Wheats® cereal, including but not limited to the attached Exhibits A through H.  These advertisements contain the following statements:

A.    **Television Advertisement**:  "Where Were We?" (Exhibit A - CDROM and storyboard)

Teacher:            "Okay.  Where were we?"

| | |
|---|---|
| School Boy: | "We were on the third paragraph of page 57 and you were explaining that the stone structures made by Ancient Romans were called aqueducts.  And as you were writing that up on the board, your chalk broke.  Into three pieces." |
| Teacher: | "Right." |
| Mini-Wheat: | "I've never been so proud." |
| Female Announcer: | "A clinical study showed kids who had a filling breakfast of Frosted Mini-Wheats cereal improved their attentiveness by nearly 20 percent." |
| On screen: | [appears in small, white font, for five seconds, against two different backgrounds, the first of which is in motion] |
| | "Based upon independent clinical research, kids who ate Frosted Mini-Wheats cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast.  For more information, visit www.frostedminiwheats.com." |
| On screen: | "20%" |
| Mini: | "Nearly twenty percent?  Okay, even I'm impressed by me." |
| Female Announcer: | "Keeps 'em full.  Keeps 'em focused." |

**B.      Television Advertisement**: "Crossing Guard" (Exhibit B – CDROM and storyboard)

| | |
|---|---|
| Mini-Wheat 1: | "Ah, the first day of school.  New pencils, new books." |
| Mini-Wheat 2: | "New backpack.  Looks good." |
| Mini-Wheat 1: | "Just trying to look our best." |
| Mini-Wheat 2: | "It's going to take more than looks.  From what I hear, Ms. Haskins is a toughie." |
| Mini-Wheat 1: | "Oh, we had a good breakfast, so we're ready." |
| Mini-Wheat 3: | "Gonna be another great year, huh guys?" |

Mini-Wheat 1:         "You bet your eight layers."

Mini-Wheat 2:         "Oh, yeah, long distance high five."

Mini-Wheat 3:         "Whoa."

Female
Announcer:            "A clinical study showed kids who had a filling breakfast of
                      Frosted Mini-Wheats cereal improved their attentiveness by nearly
                      20 percent when compared to kids who missed out on breakfast."

On Screen:            [appears in small, white font, for approximately five seconds,
                      against three different backgrounds, the first of which is in motion]

                      "Based upon independent clinical research, kids who ate Frosted
                      Mini-Wheats cereal for breakfast had up to 18% better
                      attentiveness three hours after breakfast than kids who ate no
                      breakfast.  For more information, visit
                      www.frostedminiwheats.com."

On Screen:            "Nearly 20%"

Mini-Wheat 3:         "Look, a new kid."

Female
Announcer:            "Now available in blueberry muffin.  Keeps 'em full, keeps 'em
                      focused."

C.    **Product Packaging** (Exhibit C)

Appearing at the top of the front and back panels of Frosted Mini-Wheats cereal boxes:

| Clinically Shown to improve kids' **Attentiveness** by nearly ... | **20**%* |

Appearing at the bottom of the back panel of Frosted Mini-Wheats boxes, in small type:

"Based upon independent clinical research, kids who ate Kellogg's®
Frosted Mini-Wheats® cereal for breakfast had up to 18% better
attentiveness three hours after breakfast than kids who ate no
breakfast.  For more information, visit www.frostedminiwheats.com"

Page 3 of 7

D.    **Internet Website** www.mini-wheats.com (excerpts) (Exhibit D)

From the homepage:

"A breakfast of Frosted Mini-Wheats® cereal is clinically shown to improve kids' attentiveness by nearly 20%.*

\* Based upon independent clinical research, kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast."

From the "News" page:

"The Daily Wheat:  Attentiveness Put to the Test:

This is Mini™, reporting from an event that has captured our attention.  A team of kids are attempting to show that a breakfast of Kellogg's® Frosted Mini-Wheats® cereal can help keep them attentive all morning long.

It was apparent from the first test that the Frosted Mini-Wheats® team's attentiveness was strong.  And as the morning progressed, it didn't waiver.

In the end, a round of enthusiastic cheers could be heard coming from the moms' viewing section as the 8-layers of whole grain fiber in Frosted Mini-Wheats® cereal proved to improve kids' attentiveness by nearly 20%*!

\* Based upon independent clinical research, kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast."

E.    **Other Internet Advertising** (Exhibit E)

Sponsored Link on Google.com – results of search for "frosted mini-wheats":

"Frosted Mini Wheats®
www.mini-wheats.com    Frosted Mini-Wheats® has clinically improved kids'
attentiveness by 20%"

F.      **Milk Carton Labels** (Exhibit F)

# Clinically Shown
### to Improve Kids'
## Attentiveness
### By Nearly ...
# 20%*

\* Based upon independent clinical research, kids
who ate *Kellogg's*® Frosted Mini-Wheats®
cereal for breakfast had up to 18% better
attentiveness three hours after breakfast
than kids who ate no breakfast.  For more
information, visit www.frostedminiwheats.com.

G.      **Print Advertising** (Exhibit G)

## "3 Strategies to
## Start Their Day
## Off Right

Does your child need to pay more attention
in school?  Use the following tips to help
keep your little ones ahead of the class:

\* \* \*

**√ Start the Day with Breakfast.**
Kids need an energy boost after a long
night's sleep.  A recent clinical study
showed that a whole grain and fiber-filled
breakfast of Frosted Mini-Wheats helps
improve children's attentiveness by
nearly 20%.\*

\* \* \*

\* Based upon independent clinical research, kids who ate Kellogg's®
Frosted Mini-Wheats® cereal for breakfast had up to 18% better
attentiveness three hours after breakfast than kids who ate no breakfast.
For more information, visit www.frostedminiwheats.com."

H.     **Press Release** (Exhibit H)

### "HELP YOUR KIDS EARN AN "A" FOR ATTENTIVENESS WITH A BOWL OF *FROSTED MINI-WHEATS*® CEREAL FOR BREAKFAST
*Eating a Bowl May Increase Attentiveness by Nearly 20 Percent*

Battle Creek, Mich., March 12, 2008 – Today's parents are going to great lengths to help their kids do their best in school. They sign them up for tutoring services, buy special learning software and pack their schedules with enrichment activities. While all of these things are great, it's important that parents not neglect one of the simplest ways to help ensure their kids do their best – a healthy breakfast.

A recent study commissioned by Kellogg helps demonstrate how eating a healthy, nutritious breakfast can help kids stay full and avoid the distraction of mid-morning hunger to help them do their best in school. The study, conducted by an independent research group, shows that eating a breakfast of *Frosted Mini-Wheats*® cereal helped improve kids' attentiveness by nearly 20 percent.*

\* \* \*

**Keeping 'Em Full and Focused**
Kellogg recently commissioned research to measure the effect on kids of eating a breakfast of *Frosted Mini-Wheats*® cereal. An independent research group conducted a series of standardized, cognitive tests on children ages 8 to 12 who ate either a breakfast of *Frosted Mini-Wheats*® cereal or water. The result? The children who ate a breakfast of *Frosted Mini-Wheats*® cereal had a nearly 20% improvement in attentiveness.

\* \* \*

\* Based upon independent clinical research, kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast. For more information, visit www.frostedminiwheats.com."

6.      Through the means described in Paragraph 5, including the statements contained in the advertisements attached as Exhibits A and C through H, among others, respondent has represented, expressly or by implication, that eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is clinically shown to improve kids' attentiveness by nearly 20%.

7.      In truth and in fact, eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is not clinically shown to improve kids' attentiveness by nearly 20%. In the clinical study referred to in respondent's advertisements, for example, only about half the kids who ate Frosted Mini-Wheats® cereal showed any improvement after three hours as compared to their pre-breakfast baseline. In addition, overall, only one in seven kids who ate the cereal improved their attentiveness by 18% or more, and only about one in nine improved by 20% or more. Therefore, the representation set forth in Paragraph 6 was, and is, false or misleading.

Page 6 of 7

8.      Through the means described in Paragraph 5, including the statements contained in the advertisement attached as Exhibit B, among others, respondent has represented, expressly or by implication, that eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is clinically shown to improve kids' attentiveness by nearly 20% compared to kids who ate no breakfast.

9.      In truth and in fact, eating a bowl of Kellogg's® Frosted Mini-Wheats® cereal for breakfast is not clinically shown to improve kids' attentiveness by nearly 20% compared to kids who ate no breakfast.  In the clinical study referred to in respondent's advertisements, for example, kids who ate Frosted Mini-Wheats® had an average of 10.6% better attentiveness three hours later than kids who had skipped breakfast; relatively few kids experienced better attentiveness near the 20% level.  Therefore, the representation set forth in Paragraph 8 was, and is, false or misleading.

10.     The acts and practices of respondent as alleged in this complaint constitute unfair or deceptive acts or practices, and the making of false advertisements, in or affecting commerce, in violation of Sections 5(a) and 12 of the Federal Trade Commission Act.

        THEREFORE, the Federal Trade Commission, this _____ day of _____, 2009, has issued this complaint against respondent.

        By the Commission.


                                Donald S. Clark
                                Secretary


Page 7 of 7



**vms**

| | |
|---|---|
| PRODUCT  Kellogg's Frosted Mini-Wheats | LENGTH  :30 |
| MARKET  Minneapolis/St. Paul, MN | STATION  KSTP |
| PROGRAM  5 Eyewitness News AM | DATE  01/28/2008 |
| CODE #  080117527 | TIME  06:25 AM |
| TITLE  Teacher Loses Place, Attentive Boy Remind | |



TEACHER: OK, now where were we?



BOY:  We--we were on the--on the third paragraph of page 57,



.and you were explaining that the stone structures



made by ancient Romans were called aqueducts.



And as you were writing that up on the board, your chalk broke...into three pieces.



TEACHER:  Right!



MINI-WHEAT:  I've never been so proud.



FEMALE ANNCR:  A clinical study showed



kids who had a filling breakfast of Frosted Mini-Wheats Cereal



improved their attentiveness by nearly 20 percent.



(SFX: POP) MINI-WHEAT: Twenty percent?  OK, even I'm impressed (SFX: POP/SPLAT) by me.



ANNCR:  Keeps 'em full, keeps 'em focused.

Exhibit A2

VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law.

1500 Broadway, 6th Floor, New York, NY 10036  T: 212 736 2010

 **v m s**

| | |
|---|---|
| **PRODUCT** Kelloggs Frosted Mini-Wheats | |
| **MARKET** Detroit, MI | **LENGTH** :30 |
| **PROGRAM** Good Morning America | **STATION** WXYZ |
| **CODE #** 080716492 | **DATE** 07/29/2008 |
| **TITLE** Mini-Wheats On Backpacks & 1St Day Of | **TIME** 07:20 AM |



(SFX: OUTDOOR SOUNDS IN) MINI-WHEAT #1 (MALE VO): Ah, the first day of school.



New pencils, new books. MINI-WHEAT #2 (MALE VO): New backpack. Looks good. MINI-WHEAT #1: Just trying to look our best.



MINI-WHEAT #2: Ah, gonna take more than looks.



From what I hear, Ms. Haskins is a toughy. MINI-WHEAT #1: Oh, we had a good breakfast, so we're ready.



MINI-WHEAT #3 (MALE VO): Gonna be another great year. Huh, guys? MINI-WHEAT #1: You bet your eight layers.



MINI-WHEAT #2: Ah yeah! Long distance high-five. MINI-WHEAT #3: Oh, wow!. (SFX: TINK/OUT)



FEMALE ANNCR: A clinical study showed kids who had a filling breakfast of Frosted Mini-Wheats cereal



improved their attentiveness by nearly 20 percent



when compared to kids who missed out on breakfast.



MINI-WHEAT #3: Look, a new kid.



ANNCR: Now available in Blueberry Muffin.



(SFX: FORKLIFT SOUNDS) Keeps 'em full, keeps 'em focus.

**VIDEO ALSO AVAILABLE IN ANALOG & DIGITAL FORMATS**

**Exhibit B2**

Material supplied by VMS may be used for internal review, analysis or research only. Any editing, reproduction, publication, re-broadcasting, public showing or display for profit is forbidden and may violate copyright law

1500 Broadway, 6th Floor, New York, NY 10036  T  212 736 2010



Exhibit C

# Clinically Shown to improve kids' Attentiveness by nearly... 20%[1]

The combination of *Kellogg's® Frosted Mini-Wheats®* 8 layers of whole grains and fiber work together to keep kids full so that they can stay focused throughout the morning. Fiber helps slow down the eating process and may contribute to a feeling of being full. Whole grain slows digestion of carbohydrates to release energy over a longer period of time.

## fo-cus-do

Every row, column, and mini-grid must contain the numbers 1-6. You won't have to guess when you focus!

| | 4 | | | | |
|---|---|---|---|---|---|
| 1 | | 6 | 4 | | 3 |
| 6 | | 1 | 3 | | |
| | | | | | 6 |
| | | | 1 | | 2 |
| 2 | | 5 | | | |

## concentration station

Stay focused and find the words listed hidden in the letter grid.

```
D W G D B H X B T S
W E I R A H L R B R
H D S F A A K E O E
E A H U E I F A F Y
A M S R C U N K R A
T Q E E L O O F X L
U C P L J Y F A I W
W H O L E S R S A I
H E V I T N E T T A
L L X D J U I N I M
```

ATTENTIVE
BREAKFAST
CEREAL
FOCUSED
FULL
GRAIN
LAYERS
MINI
WHEAT
WHOLE

## Mini's Focusizer

Focus on what you hear to figure out each saying. Read them aloud and listen for the solution!




**FOLK IS SON'S COOL**

**BEEF OAK KISSED HILL HUNCH**


**DEAL IS SHUSH HOLE GRAY INN VIBE BURR**

To PLAY MORE "Mini's Focusizer" GAMES, GO to  and SEARCH for *Frosted Mini-Wheats®*.

Based upon independent clinical research, kids who ate *Kellogg's® Frosted Mini-Wheats®* cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast. For more information, visit www.frostedminiwheats.com.

LOOK FOR THE answers INSIDE THIS BOX

Kellogg's Mini-Wheats – Keeps 'em Full and Keeps 'em Focused                    Page 1 of 1



Exhibit D

Kellogg's Mini-Wheats – News and Promotions                                    Page 1 of 1



Nutrition    8 Layers    Products    Mini Mind Games    Communication    Advertising    News



## The *Daily* Wheat

TODAY'S WEATHER   Sunny & Pleasant

# ATTENTIVENESS PUT TO THE TEST

 Story by Mini™

This is Mini™, reporting from an event that has captured our attention. A team of kids are attempting to show that a breakfast of Kellogg's® Frosted Mini-Wheats® cereal can help keep them attentive all morning long.

It was apparent from the first test that the Frosted Mini-Wheats® team's attentiveness was strong. And as the morning progressed it didn't waiver.

In the end, a round of enthusiastic cheers could be heard coming from the moms' viewing section as the 8-Layers of whole grain fiber in Frosted Mini-Wheats® cereal proved to improve kids' attentiveness by nearly 20%*!

> Learn more about the study



< Back

 Frosted Mini-Wheats® is proud to sponsor the back to school program.

* Based upon independent clinical research, kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast.

Home | Nutrition | 8 Layers | Products | Mini Mind Game | Communication | Advertising | News
®, ™, © 2008 Kellogg NA Co. | Privacy | Legal | My Account | Contact Us          kelloggs.com | Keebler.com
KIDS: This page may contain a product or promotion advertisement. Remember, you should get a parent's permission before you try to buy anything online or give information about yourself.

frosted mini-wheats - Google Search                    http://www.google.com/search?hl=en&q=frosted+mini-wheats&bi

**Web**  Images  Maps  News  Shopping  Gmail  more ▼                                    Sign in

# Google

| frosted mini-wheats | Search | Advanced Search Preferences |

**Web**  Images  Video          Results 1 - 10 of about **101,000** for **frosted mini-wheats**. (0.11 seconds)

**Frosted** Mini Wheats®                                             Sponsored Link
www.**mini-wheats**.com     **Frosted** Mini-Wheats® has clinically improved kids' attentiveness by 20%

Image results for **frosted mini-wheats**

  

Kellogg's **Mini-Wheats** – Keeps 'em Full and Keeps 'em Focused
Based upon independent clinical research, kids who ate Kellogg's® **Frosted Mini-Wheats**®
cereal for breakfast had up to 18% better attentiveness three hours ...
www.mini-wheats.com/ - 14k - Cached - Similar pages

    Nutrition        Mini Mind Game
    Products        News
    Advertising     Try Mini-Wheats® HOT
    8 Layers

    More results from mini-wheats.com »

## Kellogg's **Frosted Mini-Wheats** – 6 Delicious Flavors
Browse through our product lineup of 6 delicious, nutritious flavors.
www.mini-wheats.com/products.shtml - 30k - Cached - Similar pages

## **Frosted Mini-Wheats** - Wikipedia, the free encyclopedia
**Frosted Mini-Wheats** (**Frosted** Wheats in the United Kingdom and **Mini-Wheats** in Canada)
is a breakfast cereal manufactured by Kellogg's consisting of shredded ...
en.wikipedia.org/wiki/Frosted_Mini-Wheats - 22k - Cached - Similar pages

## Calories in Kellogg, Co. - KELLOGG'S **FROSTED MINI-WHEATS**, bite size
Calorie and nutrition facts for KELLOGG'S **FROSTED MINI-WHEATS**, bite size from
Calorie-Count.com.
www.calorie-count.com/calories/item/8319.html - 28k - Cached - Similar pages

## Skip navigation Home Products New Products Baking Products ...
... Eggo™ · Froot Loops® · Kellogg's® **Frosted** Flakes® · **Frosted Mini-Wheats** ® · Honey
Smacks® · Kellogg's Raisin Bran® · Kellogg's Smorz™ · Low Fat Granola ...
www2.kelloggs.com/ - 14k - Cached - Similar pages

## charles hugh smith-The Healithiest Cold Cereal: **Frosted Mini-Wheats**
After a careful review of cold cereals at the local Costco, it seems clear that **Frosted
Mini-Wheats** have the least harmful combination of bad things (fat, ...
www.oftwominds.com/blogs/cold-cereal.html - 17k - Cached - Similar pages

Exhibit E

3/13/2008 3:08 PM



### YouTube - **Frosted Mini Wheats**
a double 80's commercial for Nabisco **Frosted Mini Wheats**.
<u>Watch video</u> - 30 sec - ✰✰✰✰✰
www.youtube.com/watch?v=esqa1NildvA

## Amazon.com: Kellogg's **Frosted Mini-Wheats** Maple and Brown Sugar ...
Amazon.com: Kellogg's **Frosted Mini-Wheats** Maple and Brown Sugar, 16.5-Ounce Boxes
(Pack of 6): Grocery.
www.amazon.com/Kelloggs-**Frosted**-Mini-Wheats-Maple-16-5-Ounce/dp/B000FIMWO4 -
154k - <u>Cached</u> - <u>Similar pages</u>

### Amazon.com: Kellogg's **Frosted Mini-Wheats** Strawberry Delight, 16.3 ...
Amazon.com: Kellogg's **Frosted Mini-Wheats** Strawberry Delight, 16.3-Ounce Boxes (Pack
of 3): Grocery.
www.amazon.com/Kelloggs-**Frosted**-Mini-Wheats-Strawberry-16-3-Ounce/dp/B000FIDLJO -
164k - <u>Cached</u> - <u>Similar pages</u>
<u>More results from www.amazon.com »</u>

## Back2School 2007 | Kellogg's **Frosted Mini-Wheats**
Don't be fooled by the yummy frosting on Kellogg's **Frosted Mini-Wheats**®. They have 8
deliciously crunchy layers of whole grain wheat that provide 85% of the ...
www.back2school2007.com/kelloggs-**frosted**-mini-wheats-sponsor-page.html - 23k -
<u>Cached</u> - <u>Similar pages</u>

1 <u>2</u> <u>3</u> <u>4</u> <u>5</u> <u>6</u> <u>7</u> <u>8</u> <u>9</u> <u>10</u>     **<u>Next</u>**

---

| frosted mini-wheats | | Search |

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Dissatisfied? Help us improve</u> |
<u>Try Google Experimental</u>

---

©2008 Google - <u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>About Google</u>



Exhibit F

CONFIDENTIAL
1-00066





CONFIDENTIAL
1-00069



advertisement

## Start Their Day Off Right

Does your child need to pay more attention in school? Use the following tips to help keep your little ones ahead of the class:

✓ **More Whole Grain + Fiber = Less Distraction**
To help keep your children focused on their schoolwork and not their grumbling bellies, incorporate more whole grain and fiber into their diets. Both have been shown to slow down the digestion process and may contribute to a feeling of being full.

✓ **Start the Day with Breakfast**
Kids need an energy boost after a long night's sleep. A recent clinical study showed that a whole grain and fiber-filled breakfast of Frosted Mini-Wheats helps improve children's attentiveness by nearly 20%.*

✓ **Make Sleep a Priority**
Lack of sleep may impact a child's performance both in school and at home. To help your kids do their best every day, be sure they get at least eight hours of sleep each night.

**For more great tips on setting your kids up for success at school, watch Mom's Mini-Casts on Parents.TV.**
(look under the Top Stories channel)



*Keeps 'em full.*
*Keeps 'em focused.*

* Based upon independent clinical research. Kids who ate Kellogg's® Frosted Mini-Wheats® cereal for breakfast had up to 18% better attentiveness three hours after breakfast than kids who ate no breakfast. For more information, visit www.frostedminiwheats.com.
®, TM, © 2008 Kellogg NA Co.

Exhibit G

CONFIDENTIAL
1-00070



CONTACTS:
Susanne Norwitz
Kellogg Company
269-961-3799
media.hotline@kellogg.com

Kate Eyerman
724-612-5379
kate.eyerman@ketchum.com

**FOR IMMEDIATE RELEASE**

### HELP YOUR KIDS EARN AN "A" FOR ATTENTIVENESS
### WITH A BOWL OF *FROSTED MINI-WHEATS*® CEREAL FOR BREAKFAST
*Eating a Bowl May Increase Attentiveness by Nearly 20 Percent*

BATTLE CREEK, Mich., March 12, 2008 – Today's parents are going to great lengths to help their kids do their best in school. They sign them up for tutoring services, buy special learning software and pack their schedules with enrichment activities. While all of these things are great, it's important that parents not neglect one of the simplest ways to help ensure their kids do their best – a healthy breakfast.

A recent study commissioned by Kellogg helps demonstrate how eating a healthy, nutritious breakfast can help kids stay full and avoid the distraction of mid-morning hunger to help them do their best in school. The study, conducted by an independent research group, shows that eating a breakfast of *Frosted Mini-Wheats*® cereal helped improve kids' attentiveness by nearly 20 percent[1].

"Eating breakfast is crucial for kids and the recent study from Kellogg showing how eating *Frosted Mini-Wheats*® cereal in the morning can positively impact kids' ability to pay attention supports years of research on the importance of breakfast," says pediatrician Dr. Jim Sears. "Unfortunately, too many kids skip breakfast regularly. With many school districts nationwide conducting standardized testing in the coming months, parents need to ensure their kids eat a good breakfast so they are prepared to do their best."

**Keeping 'Em Full and Focused**
Kellogg recently commissioned research to measure the effect on kids of eating a breakfast of *Frosted Mini-Wheats*® cereal. An independent research group conducted a series of standardized, cognitive tests on children ages 8 to 12 who ate either a breakfast of *Frosted Mini-Wheats*® cereal or water. The result? The children who ate a breakfast of *Frosted Mini-Wheats*® cereal had a nearly 20 percent improvement in attentiveness.

"The study underscores the importance of eating a healthy breakfast," says Dr. Jennifer Garrett, Kellogg, director of nutrition marketing. "*Frosted Mini-Wheats*® cereal is an outstanding choice for kids because it's an excellent source of fiber and is made from whole grain, it's quick and convenient – it can even be portable – and kids love it."

-more-

---

[1] Based on independent clinical research, kids who ate *Kellogg's*® *Frosted Mini-Wheats*® cereal for breakfast had up to 18 percent better attentiveness three hours after breakfast than kids who ate no breakfast. For more information, visit www.frostedminiwheats.com.
[2] The clinical research was paid for by Kellogg Company. The results of the study are unpublished at this time.

Exhibit H
**CONFIDENTIAL**
**1-00057**

2

For more detailed information on the tests that were used in the study, please visit www.frostedminiwheats.com.

**What Makes an Ideal Breakfast**
Experts agree that eating breakfast is important. But, just what should be included in that first meal of the day? Dr. Sears offers the following advice:

- *Variety Is the Spice of Life* – A nutritious breakfast should include foods from at least three of the five following MyPyramid food groups: grains, vegetables, fruits, milk and meat/beans. Eating from multiple food groups helps ensure you are getting a variety of vitamins, minerals and other nutrients.
- *Fill Up on Fiber* – A good breakfast should have at least five grams of dietary fiber. Fiber helps slow down the eating process and may contribute to a feeling of being full. This may not only help ensure that we don't overeat, but helps stop the distraction of mid-morning hunger.
- *Get a Whole Lotta Whole Grains* – Whole grain is an important component of a healthy breakfast, because it helps slow the digestion of carbohydrates and the release of energy over a longer period of time.
- *Flavor With Fruit* – Breakfast is also a good time to sneak in some fresh fruit. Fruits contain fiber and also add vitamins essential to growing kids' diets.
- *Protein Power* – No healthy breakfast would be complete without a bit of protein. A bowl of high-fiber cereal with low-fat milk and a piece of fruit is a great way to start the day.

"One of my favorite breakfasts for my family is a bowl of high-fiber cereal topped with fresh blueberries and low-fat milk," says Dr. Sears. "*Frosted Mini-Wheats*® is one cereal my kids and I agree on – it not only tastes great, but it's an excellent source of fiber and contains whole grain to helps us stay focused all morning long."

**About Dr. Jim Sears**
James M. Sears, M.D., or "Dr. Jim" as he is known in the office, is a board-certified pediatrician in private practice with his father and two brothers in Capistrano Beach, Calif. Dr. Jim earned his medical degree at St. Louis University School of Medicine and completed his pediatric residency at Northeastern Ohio University College of Medicine. During his residency, he received the honor of "Emergency Medicine Resident of the Year." He is co-author of several titles, including *The Healthiest Kid in the Neighborhood*, *Father's First Steps – Twenty-Five Things Every New Father Should Know*, *The Premature Baby Book*, *The Baby Sleep Book* and the best-selling *The Baby Book*, revised edition. Dr. Jim frequently travels the country giving lectures about the importance of good family nutrition.

**About Kellogg Company**

With 2007 sales of nearly $12 billion, Kellogg Company (NYSE:K) is the world's leading producer of cereal and a leading producer of convenience foods, including cookies, crackers, toaster pastries, cereal bars, frozen waffles, and meat alternatives. The company's brands include *Kellogg's*, *Keebler*, *Pop-Tarts*, *Eggo*, *Cheez-It*, *Club*, *Nutri-Grain*, *Rice Krispies*, *Special K*, *All-Bran*, *Mini-Wheats*, *Morningstar Farms*, *Famous Amos*, *Ready Crust* and *Kashi*. Kellogg products are manufactured in 18 countries and marketed in more than 180 countries around the world. For more information, visit the Kellogg Company web site at www.kelloggcompany.com.

# # #

CONFIDENTIAL
1-00058

3

CONFIDENTIAL
1-00059

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Harry Dennis, on behalf of himself and all other Californians similarly situated,

**DEFENDANTS**
Kellogg Company, a Delaware corporation

FILED BY FAX

'09 AUG 17 PM 12: 16

**(b)** County of Residence of First Listed Plaintiff  *San Diego*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Todd D. Carpenter, Bonnett Fairbourn Friedman & Balint PC, 600 West Broadway, Suite 900, San Diego, CA 92101 619-756-6578

Attorneys (If Known)

'09 CV 1786 IEG   WMC

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 362 Personal Injury - Med. Malpractice | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 365 Personal Injury - Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 330 Federal Employers' Liability | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 340 Marine | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 345 Marine Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 350 Motor Vehicle | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 355 Motor Vehicle Product Liability | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | **CIVIL RIGHTS** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/ Accommodations | Habeas Corpus: | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 444 Welfare | ☐ 530 General | **IMMIGRATION** | |
| | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 463 Habeas Corpus - Alien Detainee | |
| | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Cal. Bus. & Prof. Code §17200. Unjust Enrichment.   28 USC 1332
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE  08/17/2009

SIGNATURE OF ATTORNEY OF RECORD  /s/Todd D. Carpenter

**FOR OFFICE USE ONLY**
8/17/09 BH
RECEIPT # 004273   AMOUNT $350-   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



ORIGINAL

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS004273
Cashier ID: bhartman
Transaction Date: 08/17/2009
Payer Name: JANNEY AND JANNEY ATTY. SVC.
------------------------------------
CIVIL FILING FEE
 For: DENNIS ET AL V KELLOGG CO.
 Case/Party: D-CAS-3-09-CV-001786-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 234940
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.