EXHIBIT 3



## History

**Whatley Drake and Kallas, LLC is a national plaintiffs' firm, committed to litigation that results in meaningful change.** WD&K was formed in Birmingham in 1998 as a successor to the firm of Cooper, Mitch, Crawford, Kuykendall & Whatley. The Firm has a legacy of serving leadership roles in significant complex class action and derivative litigation, including securities, 401k, healthcare, insurance, employment and mass tort litigation. WD&K also remains devoted to its longstanding representation of unions and workers throughout the United States. Our class action and complex litigation practice was strengthened in 2006 by the addition of a team of experienced class action attorneys in New York City.

**In 2007, WD&K was one of thirteen firms named to the National Law Journal's "Plaintiffs' Hot List," the annual list of the country's most prominent plaintiffs' firms.** Our national practice includes approximately 40 lawyers across offices in New York City, Birmingham and Boston. Throughout its history, WD&K has been at the forefront in class actions and complex cases across the United States, effecting meaningful change through settlements and verdicts for classes of people, businesses and pension funds.

**WD&K and its partners have served as co-lead counsel in numerous high profile class actions that have recovered billions of dollars for class members, and have achieved significant corporate reforms.** Examples of recent cases in which the Firm served in a leadership role and was extensively involved in the litigation and negotiation of settlements include: In re: Managed Care Litigation (resulting in billions of dollars in cash and value to a class of 900,000 physicians throughout the United States); In re Insurance Brokerage Antitrust Litigation (settlements with defendants Zurich Insurance Company and Arthur J. Gallagher on behalf of commercial policyholders for in excess of $130 million); In re: Qwest Savings and Retirement Plan ERISA Litigation (approximately $37.5 million); In re: HealthSouth Corporation Securities Litigation ($445 million); In re Denney v. Jenkens & Gilchrist ($81.6 million settlement on behalf of former clients of Jenkens & Gilchrist in connection with illegal tax shelters); In re MedPartners Securities Litigation ($65 million); In re Kmart 401(k) Litigation ($11.75 million).

**Whatley Drake & Kallas has gained a national reputation for its aggressive litigation style and its quality legal work. A significant aspect of the Firm's resources is its ability to try a complex case.** One of the Firm's founding partners, Joe R. Whatley, Jr., is an experienced trial lawyer and is one of the few lawyers representing plaintiffs in complex class action litigation who has tried a class action case to verdict. He won a

$1.28 billion jury verdict on behalf of a class of cattle ranchers against Tyson Fresh Meats, Inc. in Pickett v. Tyson Fresh Meats, Inc., No. 96-A-1103-N (M.D. Ala.). Mr. Whatley also won what was at the time the largest wrongful death verdict in Louisiana history in Dunn v. Consolidated Rail Corp., 890 F. Supp. 1262 (M.D.La. 1995). Mr. Whatley's experience in this regard has made him a highly sought after member of plaintiffs' leadership groups in numerous complex and multidistrict litigations.

WD&K and its partners have also gained a national reputation for their consistent dedication to the interests of their clients by achieving results which include both compensation to victims of wrongdoing and significant industry reforms.

## Firm Litigation

### Securities, Derivative and 401(k) Litigation

Whatley Drake and Kallas has been appointed to leadership positions in numerous securities and 401(k) class actions and derivative litigation. Examples of cases in which WD&K currently holds or has held a leadership position include, among others, the following:

**In re HealthSouth Corporation Securities Litigation.** WD&K acts as Liaison Counsel in this securities class action pending in the United States District Court for the Northern District of Alabama. To date, a partial settlement of $445 million with the corporation and board of directors has been approved.

**In re Merck & Co., Inc., Securities, ERISA and Shareholder Derivative Litigation.** Joe R. Whatley, Jr. was named Co-Lead Counsel in this shareholder derivative action pending against Merck in the United States District Court for the District of New Jersey arising out of the marketing and sale of Vioxx.

**Hildebrand v. W Holding Company,** WD&K has been named as Co-Lead Counsel in this securities class action against W Holding Company, WesternBank Puerto Rico and certain individuals pending in the United Stated District Court for the District of Puerto Rico.

**In re MedPartners Securities Litigation.** WD&K served as Liaison Counsel in this action which was filed in Circuit Court of Jefferson County, Alabama on behalf of a class of shareholders against MedPartners. A settlement of $65 million was obtained and approved by the court.

**In re Qwest Savings and Retirement Plan ERISA Litigation.** Joe R. Whatley, Jr. and WD&K were appointed Co-Lead Counsel in this class action filed on behalf of all participants and beneficiaries of Qwest's 401(k) retirement plan. The suit alleged that various fiduciaries of the plan failed to properly exercise their duties as required under

ERISA. A settlement of approximately $37.5 million was obtained and approved by the court.

**In re Rankin v. Conaway (Kmart).** WD&K served as Lead Counsel in this class action on behalf of participants and beneficiaries of Kmart's Retirement Savings Plans who lost money when Kmart filed for bankruptcy. The suit alleged that various fiduciaries of the Plan failed to properly exercise their duties as required under ERISA. WD&K obtained a settlement of $11.75 million that was approved by the court.

**In re Xcel Energy.** WD&K served as Co-Lead Counsel on behalf of participants and beneficiaries of Xcel's 401(k) Retirement Plan. A settlement of $8 million was obtained and approved by the court.

**In re Broadwing, Inc. ERISA Litigation.** WD&K was Co-Lead Counsel in this class action brought on behalf of the participants and beneficiaries of Cincinnati Bell, Inc. Savings and Securities Plan, the Broadwing Retirement Savings Plan, and the Plans themselves, to remedy defendant's breaches of fiduciary duty under ERISA. A settlement of $11 million was obtained and approved by the court.

**McPhail, et al. v. First Command, et al.** The Firm is Co-Lead Counsel representing a class of military and former military families that were defrauded by First Command. First Command and its officers are being sued because they sold to military families unsuitable financial products that contained, among other things, a 50% sales load in the first year of the product. WD&K won class certification and that decision was upheld by the Ninth Circuit Court of Appeals. First Command appealed that decision to the Supreme Court of the United States and cert was denied. A settlement of $12 million has been preliminarily approved by the United States District Court for the Southern District of California.

## Insurance and Healthcare Litigation

Whatley Drake & Kallas is a leader in complex litigation against the largest insurance, brokerage and managed care companies in the world. WD&K has been appointed to leadership positions in the following cases, among others:

**Love v. Blue Cross Blue Shield Association,** WD&K is Co-Lead Counsel in this action pending in the United States District Court for the Southern District of Florida. Settlements have recently been reached with approximately ninety percent (90%) of the defendants. The settlements provide for in excess of $130 million of monetary benefits and practice change relief valued in excess of two billion dollars.

**In re Managed Care Litigation, MDL No. 1334.** WD&K is a member of the Plaintiffs' Steering Committee and represents a class of physicians against nine of the largest managed case providers in the United States including AETNA, CIGNA, United, Healthnet, Humana, PacifiCare, Prudential and WellPoint. The suit alleged that these

3

defendants engaged in a civil conspiracy in violation of the Racketeering Influenced and Corrupt Organizations Act ("RICO") to wrongfully and fraudulently pay doctors less than the amounts to which they were entitled. Settlements were reached with AETNA, CIGNA, Healthnet, Humana, Prudential and Wellpoint consisting of monetary relief and significant business practice changes valued in the billions of dollars have been obtained and approved by the court.

**In re Monumental Life Insurance Company, Industrial Life Insurance Litigation.** WD&K served as a member of the Plaintiffs' Steering Committee in this action pending in the United States District Courts for the Eastern District of Louisiana seeking redress for discriminatory practices of many major insurance companies with respect to the sale of life insurance products to minorities. Settlements of approximately $500 million dollars have been obtained in these cases and approved by the court.

## Environmental Litigation

Whatley Drake & Kallas is proud to represent thousands of individuals against the manufacturers of toxic substances released into the environment and has played a significant role in several nationally prominent environmental litigations including the following:

**In re Allen v. ALDOT.** WD&K represented residential property owners in three neighborhoods in Montgomery, Alabama harmed by the Alabama Department of Transportation's release of the chemical TCE into the groundwater of a 600-acre area affecting the property of some 1200 homeowners. A settlement of $5.5 million was obtained.

## Antitrust Litigation

Whatley Drake & Kallas is a leader in antitrust litigation and has held numerous leadership positions in such cases including, but not limited to, the following:

**In re Insurance Brokerage Antitrust Litigation, MDL No. 1663.** Edith Kallas and WD&K serve as Co-Lead Counsel and represent a putative class of purchasers of commercial and employer benefit insurance against many of the largest insurance companies and brokers in the country relating to these companies' alleged participation in a conspiracy to manipulate the markets for insurance. To date, settlements with two of the defendants, Zurich Insurance Company and Arthur J. Gallagher, have been reached for approximately $130 million.

**In re Lorazepam and Clorazepate Antitrust Litigation.** WD&K served as Third Party Payor Lead Class Counsel in this antitrust action which was transferred by order of the Judicial Panel for Multi-District Litigation to the United States District Court for the District of Columbia. Settlements of over $100 million were obtained.

**Pickett, et al. v. Tyson Fresh Meats, Inc.** Whatley Drake served as Co-Lead Counsel in representing a class of cattle ranchers against the major beef packers and producers in the country for conspiring to depress the price of beef on the cash market. In addition to serving in a leadership position in this action, Joe. R. Whatley of Whatley Drake served as trial counsel in the Middle District of Alabama for the plaintiff class and the jury returned a verdict of $1.28 billion for the class of ranchers and cattle producers.

**In re Pharmacy Benefit Managers Antitrust Litigation.** WD&K currently serves as Co-Lead Counsel in a nationwide class action that seeks to ensure patients' access to their selected pharmacists and that independent pharmacists will be able to provide quality care to the people who seek over 1.3 billion prescriptions from them each year. The suit alleges that these Pharmacy Benefit Managers conspired to and engaged in horizontal price fixing of the reimbursement rates paid to independent pharmacies.

**Waterbury Hospital v. U.S. Foodservice.** The Firm is Co-Lead Counsel and represents customers in a case involving a scheme whereby USF, the second largest food distributor in the U.S., fraudulently inflated the prices it charged to their cost-plus customers. USF's customers were charged, pursuant to cost-plus agreements, inflated prices that represented the cost of products plus a kickback to their suppliers.

## Oil and Gas Royalty

Whatley Drake & Kallas has represented oil and gas owners in litigation against oil companies. Settlements have been reached with Exxon, Torch Energy and LL&E, Inc. The Firm received more than $7.5 million for royalty owners.

## Consumer Class Litigation

Whatley, Drake & Kallas is actively involved in representing consumers in class action cases. Some of those cases include the following:

**Spencer v. Shell Oil.** The firm represented homeowners with polybutylene plumbing throughout the United States in this action in the Circuit Court of Greene County, Alabama. The firm obtained a settlement of approximately $1 billion to repair and replace leaking pipes and fittings for homeowners.

**In re Mattel, Inc. Toy Lead Paint Products Liability Litigation, MDL No. 1897.** WD&K is Co-Lead Counsel for a class of consumers of recalled toys due to their lead content or that were defectively designed with magnets which could come loose potentially injure children manufactured and sold by Mattel and Fisher Price. The suit seeks recovery for the purchase prices as well as reimbursement for medical testing.

**Hoffman v. American Express Travel Related Services Co., Inc.** WD&K represents

American Express cardholders who enrolled in a flight and baggage insurance program under which subscribing cardholders are automatically charged an insurance premium each time a flight is booked. The complaint alleges that AMEX engaged in a scheme to defraud cardholders by assessing premiums for cancelled flights and trips not taken. The case is pending in Alameda County Superior Court, California.

**Pineda v. Vitamin Shoppe.** WD&K represents a class of purchasers of Vitamin Shoppe's "Especially for Women" vitamins. The complaint alleged that testing revealed that some of these vitamins were contaminated by lead and/or contained less calcium than the label indicated. Vitamin Shoppe denied all wrongdoing. WD&K obtained a settlement on behalf of the class, who received refunds of 100% of the value of the purchase price of the products or 125% of the purchase price if they choose store credit, which is pending final approval in Superior Court for Bergen County, New Jersey.

**White v. Bed Bath and Beyond.** WD&K represents a class of purchasers of bedding and linen products from Bed Bath and Beyond. Bed Bath and Beyond inflated the thread count of certain two-ply and multi-ply linens and other bedding products by counting threads in a manner which the Federal Trade Commission has ruled is deceptive to consumers. WD&K, along with other counsel, reached a settlement with Bed Bath and Beyond, which provided refunds or gift cards to purchasers of these bedding products, that is pending Final Approval in the United States District Court for the District of New Jersey.

**Subprime Lending Litigation/Countrywide Financial Corp..** WD&K represents a class of borrowers against Countrywide Financial Corp, et al., pursuing claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO") and California law involving a fraudulent scheme to systematically steer unwary borrowers into "subprime" mortgages and loans with excess charges and inadequately disclosed risks, including drastic and unexpected increases in required monthly payments. As a result, a significant percentage of borrowers from Countrywide have defaulted or are in default on their loans causing the current flood of foreclosures. Countrywide's scheme resulted in higher profits in interest rates, in origination fees and other fees, and in packaging the mortgage-backed securities.

## Other Complex Class Action Litigation

Whatley Drake & Kallas has recently been appointed to leadership positions in the following complex class action cases:

**In Re TJX Companies Retail Security Breach Litigation, MDL No. 1838.** WD&K serves as Co-Lead Counsel in this multidistrict litigation pending in the United States District Court for the District of Massachusetts on behalf of a putative class of all financial institutions who suffered losses related to the monitoring and reissuance of their

customers' debit and credit cards after information relating to millions of these accounts was stolen from retailer TJX. The Plaintiffs allege that TJX, whose stores include TJ Maxx, Marshalls and Home Goods, and its acquiring bank, Fifth Third Bank, failed to comply with payment card industry data security standards and assert claims including breach of contract and violation of Massachusetts General Laws Chapter 93A, the state's unfair and deceptive trade practices statute.

**In re Genetically Modified Rice Litigation.** Joe R. Whatley, Jr. was appointed to Plaintiffs' Executive Committee in this multidistrict litigation, pending in the United States District Court in the Eastern District of Missouri, which seeks redress for farmers who were damaged when it was disclosed that unapproved genetically modified rice traits developed by Bayer had contaminated the U.S. supply of long grain rice causing U.S. trading partners, including the European Union, Russia and Japan, to ban U.S. rice imports. A motion for class certification has been filed.

**Tax Shelter Litigation.** The firm was actively involved in the representation of hundreds individuals who were sold defective tax avoidance strategies by some of the nation's largest law firms, accounting groups and investment banks. The litigation resulted in a class settlement of $81 million with Jenkens & Gilchrist and numerous individual and aggregate settlements valued at several hundred million dollars.

## Labor & Employment Litigation

WD&K has a long history of providing representation for participants in employer-sponsored benefit plans including defined benefit pension plans and 401(k) plans fighting to recover individual benefits and damages to the plans themselves. The Firm is actively involved in the representation of Unions across the United States, advising them on a variety of matters that arise with a particular focus on their health and welfare plans.

WD&K has helped to make the workplace free of discrimination in numerous multi-party and class action lawsuits , holding leadership positions on behalf of workers who have suffered mistreatment because of their age, race, gender, national origin, religious affiliation, disability or simply because they sought to exercise rights protected by federal law such as wage and hour provisions:. Several of our members have held roles in significant, high-profile civil, human and worker rights litigation.

**Jackson v. City of Birmingham Schools (Title IX).** WD&K represented an Alabama high school basketball coach fired after he complained that the girls on his team were not treated as well as boys. The coach won a landmark Supreme Court ruling under Title IX, the law that guarantees equal access and equal facilities for men in women in sports. WD&K litigated the case on remand and obtained a settlement that includes a city school board promise of equal facilities and the hiring of a Title IX coordinator to assure compliance.

**Tyson Foods.** WD&K led the effort that produced the multi-million dollar settlement of sexual harassment claims at a Tyson Foods plant in Alabama; in addition to the money, the Court ordered detailed injunctive relieve and appointed a court monitor to cure the widespread sexual harassment problem.

**Ward v. Albertson's, Save-on, and Lucky Stores.** WD&K served as co-lead counsel representing a class of defendants' former employees who alleged that defendants failed to pay them their wages in accordance with California's waiting time statutes. Under California's Labor Code, employers must pay involuntarily terminated employees immediately upon termination, and voluntarily severed employees within 72 hours of their giving notice of termination. Although defendants vigorously disputed these allegations, WD&K obtained a settlement of $18.5 million, pending approval by the California Superior Court.

## Biographies

## Members

### Joe R. Whatley, Jr.

Mr. Whatley was born in Selma, Alabama. He is a graduate of Harvard University (A.B., cum laude, 1975), and University of Alabama Law School (J.D., 1978). Mr. Whatley is a member of the Bar in the States of Alabama, Texas, Colorado and New York, and is admitted to practice before the United States District Court for the Middle, Southern and Northern Districts of Alabama, the Southern District of Texas, the District of Colorado, and the Southern, Eastern and Northern Districts of New York, as well as the United States Court of Appeals for the First, Second, Fourth, Fifth, Ninth and Eleventh Circuits. After graduating from the University of Alabama Law School, Mr. Whatley served as a law clerk to the Honorable Frank H. McFadden, who was then Chief United States District Judge for the Northern District of Alabama (1978-1979). Mr. Whatley is a member of the American Bar Association (Member, Sections on: Labor and Employment Law; Litigation), a member and past President (1990-1991) of the Birmingham Federal Bar Association, and a member and past President (1990-1991) of the Labor and Employment Law Section of the Alabama State Bar. He is also a member of the Alabama Trial Lawyers Association; the American Association for Justice (formerly the Association of Trial Lawyers of America), and the National Association of Criminal Defense Lawyers.

Mr. Whatley has a wide-ranging, national practice. Among others, he represents numerous labor unions in the southeast of the United States, financial institutions in deceptive trade practice litigation arising out of the failure of a large retailer to secure confidential cardholder data as required by industry standards, medical societies and physicians in complex class action litigation against the managed care industry, employees in discrimination cases, rice farmers damaged by the contamination of the U.S. long grain

rice supply by genetically modified rice traits, and individuals in personal injury and mass torts litigation.

Mr. Whatley is an experienced trial lawyer, having tried numerous cases, including class actions, to verdict. For example, Mr. Whatley won a $1.28 billion jury verdict on behalf of a class of cattle ranchers against Tyson Fresh Meats, Inc. in Pickett v. Tyson Fresh Meats, Inc., No. 96-A-1103-N (M.D. Ala.), and won what was at the time the largest wrongful death verdict in Louisiana history in Dunn v. Consolidated Rail Corp., 890 F. Supp. 1262 (M.D. La. 1995). Mr. Whatley has recovered billions of dollars in monetary relief and business practice changes in litigations against the managed care industry. He also achieved an $81.6 million settlement for former clients of Jenkens & Gilchrist in Denney v. Jenkens & Gilchrist, 230 F.R.D. 317 (S.D.N.Y. 2005), litigation relating to that firm's role in structuring and marketing illegal tax shelters.
E-MAIL: jwhatley@wdklaw.com

**Russell Jackson Drake**
Mr. Drake has been a member of the Bar for almost 40 years. He obtained his J.D. from the University of Alabama Law School in 1969 and is a member of the Bar in the States of Alabama, Texas and New York. Mr. Drake concentrates his practice in the areas of personal injury litigation; products liability litigation; wrongful death litigation; appellate practice in state and federal courts; constitutional litigation; and complex class action litigation.

He is admitted to practice before the U.S. Supreme Court, U.S. Court of Appeals for the Eleventh Circuit and U.S. District Court for the Northern, Middle and Southern Districts of Alabama. Mr. Drake is the author of "Enforcing the Right to Treatment," 10 American Criminal Law Review, 587, 1972, and "Judicial Implementation and Wyatt v. Stickney," 32 Al. L. Rev. 299, 1981, and has lectured at the University of Alabama Law School, 1983-1987.

Mr. Drake has served as a member of the Alabama Ethics Commission, 1998-2003 (Chairman, 2003); the 11th Circuit Judicial Conference (1986-1988); and the Lawyer's Advisory Committee of the U.S. District Court for the Northern District of Alabama (1989-present). Mr. Drake has been a member of and held various executive positions with the Tuscaloosa County Bar Association (Member, Executive Committee, 1979; President, 1980-1981). He has also held various positions with the American Bar Association including: Member, 1973 – present; Chairman, 1979, Member, Committee on Prepaid Legal Services; Chairman, Task Force on Illiteracy, 1989; Member, IOLTA Task Force; Member, Local Bar Activities; Member, Supreme Court Task Force on Judicial Building; Member, Supreme Court Advisory Committee on Criminal Procedure; Member, Labor Law Section; Executive Committee, Young Lawyers Section, 1977; Task Force on Minority Participation, 1995-1996, Chairman, 1996-1997.

Mr. Drake is a member of the Alabama Association for Justice (Member: Board of Governors, 1976; Executive Committee, 1984) and the American Association for Justice. He was named a Fellow of the International Academy of Trial Lawyers in 1995. Mr. Drake was born in Jefferson County, Alabama.
**E-MAIL: jdrake@wdklaw.com**

**Edith M. Kallas**
Ms. Kallas was born in New York, New York. Ms. Kallas graduated from the Juilliard School in 1984 with a B.M. in Music Performance and from the Fashion Institute of Technology with an A.A.S., summa cum laude. She is a 1987 graduate of the Benjamin N. Cardozo School of Law, where she was a member of the Moot Court Board. Ms. Kallas is admitted to the New York State Bar, the United States District Court for the Southern and Eastern Districts of New York and the United States Courts of Appeal for the Second, Third and Sixth Circuits. She is also a member of the Association of the Bar of the City of New York, the New York State Bar Association, the New York County Lawyers' Association, the American Society of Medical Association Counsel, and the American Association for Justice (formerly the Association of Trial Lawyers of America).

In April of 2004, Ms. Kallas was honored by thirteen State and County Medical Societies, "For the Success Attained in her Relentless Pursuit of Justice for the Physicians of America and their Patients." Also in 2004, Ms. Kallas was named by the New York County Lawyers' Association as one of the "Outstanding Women of the Bar." In 2005, the National Law Journal featured Ms. Kallas in their UP CLOSE section in an article entitled, "HMO Settlement: A Fairer Deal for Doctors." Ms. Kallas is also co-chair of the Public Justice's Class Action Preservation Project.

Ms. Kallas concentrates her practice in the areas of healthcare, insurance and consumer litigation. Her clients include numerous state and county medical societies including: the Medical Society of the State of New York, the Connecticut State Medical Society, the Medical Society of New Jersey, South Carolina Medical Association, Tennessee Medical Association, Northern Virginia Medical Societies, North Carolina Medical Society, Nebraska Medical Association, Washington State Medical Association, Hawaii Medical Association, Alaska Medical Association, Rhode Island Medical Society, Vermont Medical Society, New Hampshire Medical Society, El Paso County Medical Society of Colorado, and the California Chiropractic Association.

Ms. Kallas has represented physicians and medical associations in numerous class actions pending in federal and state courts (including representation of a certified class of approximately 900,000 physicians throughout the United States). Ms. Kallas serves on the Steering Committee in the In re Managed Care action and as Co-Lead Counsel in the Thomas et al. v. Blue Cross Blue Shield Association et al. pending in the United States District Court for the Southern District of Florida and serves as lead counsel in numerous state court healthcare actions. She was one of the principal negotiators of the recent settlements with Aetna, Cigna, Healthnet, Prudential, Humana, Wellpoint and nationwide

classes of physicians and medical societies that have resulted in billions of dollars of practice reforms and monetary relief to physicians throughout the country. The settlements have resulted in significant business practice changes that are viewed as setting a new standard in the healthcare industry that is in the best interests of physicians and their patients. Ms. Kallas has also given legislative testimony regarding issues affecting physicians and successfully handled, on a pro bono basis, an appeal for a patient requiring lifesaving treatment.

Ms. Kallas is also Co-Lead Counsel in the In re Insurance Brokerage Antitrust Litigation pending in the District of New Jersey against major brokerage and insurance companies on behalf of classes of businesses and employees who purchased insurance, including healthcare insurance.

Ms. Kallas has also pursued numerous cases on behalf of consumers, including recent class settlements in cases involving products sold by Vitamin Shoppe and Bed Bath and Beyond.

Ms. Kallas is the co-author of "Gender Bias and the Treatment of Women As Advocates," Women in Law 1998. Ms. Kallas has also participated as a Faculty Member and/or Speaker in the following conferences: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMOs and Health Care Providers Under Attack, "ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions), "ALI-ABA Health Care Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Breast Cancer Alert, 2000; "Health Care Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000; "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference, 2001; The Joint Seminar Session of the School of Allied Health and Health Law Section at Quinnipiac University School of Law, 2001; The CLE Conference presented by the American Society of Medical Association Counsel, 2002;"The Unique Role of The Medical Society Effectively Litigating for Change in the Healthcare Arena", American Academy of Otolaryngology Presidential - Board of Governors Special Seminar 2002; "The Future of Class Action Litigation in America" The CLE Conference presented by the American Bar Association, 2005; "Gender Bias in Litigation and the Trend Toward Diversity in Multi-District Litigation Proceedings, Whatley Drake LLC Continuing Legal Education Conference 2006."
E-MAIL: ekallas@wdklaw.com

### Deborah Clark-Weintraub

Ms. Weintraub was born in Patchogue, New York and is a 1981 graduate of St. John's University, Jamaica, New York (B.A. summa cum laude; President's Award in recognition of achieving highest GPA among graduates of St. John's College of Liberal Arts and Science). She attended Hofstra Law School in Hempstead, New York, where she was a member of the Hofstra Law Review and Research Editor (1985-1986), and obtained her J.D. degree with distinction in 1986. Following her graduation from Hofstra Law School,

Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge, United States District Court for the Eastern District of New York (1986-1987).

Ms. Weintraub has extensive securities class action experience and has acted as one of Plaintiffs' Co-Lead Counsel in numerous securities class action cases that have obtained substantial recoveries for defrauded investors. Among other cases, Ms. Weintraub was one of the Lead Counsel in In re Oxford Health Plans, Inc. Securities Litigation, MDL Dkt. No 1222 (CLB) (S.D.N.Y.), in which a cash settlement of $300 million was obtained on the eve of trial after more than five years of litigation. At the time, the $300 million cash recovery obtained for shareholders in the Oxford case was one of the largest recoveries ever achieved in a securities class action. Significantly, the Honorable Charles L. Brieant, who presided over the Oxford case described it as "perhaps the most heavily defended, ardently pursued defense of a similar case that I can recall." Ms. Weintraub also served as one of Plaintiffs' Co-Lead Counsel in In re CVS Corporation Securities Litigation, No. 01-11464 (JLT) (D. Mass.), in which a cash settlement of $110 million was obtained for investors. Following the settlement, in March 2006, CVS disclosed that the SEC had opened an inquiry into the manner in which CVS had accounted for a barter transaction, which was a subject of the class action suit, and that independent counsel to the firm's audit committee had concluded in December 2005 that various aspects of the company's accounting for the transaction were incorrect, leading to the resignations of the company's controller and the treasurer.

Prior to joining Whatley Drake & Kallas, Ms. Weintraub also acted as one of Plaintiffs' Co-Lead Counsel in In re Mutual Funds Investment Litigation, MDL No. 1586 (D. Md.), which consists of actions brought against mutual fund managers and others arising out of the recent scandals involving "late trading" and "market timing" in the mutual fund industry. In this capacity, among other investors, Ms. Weintraub represented the Ohio Tuition Trust Authority ("OTTA"), a state agency that offers and administers Ohio's CollegeAdvantage 529 Savings Plan. Since leaving her prior firm, at OTTA's request, Ms. Weintraub has continued to consult with OTTA's counsel concerning this matter.

Ms. Weintraub is the co-author of "Gender Bias and the Treatment of Women as Advocates, "Women in Law (1998), and the "Dissenting Introduction" defending the merits of securities class action litigation contained in the 1994 monograph "Securities Class Actions: Abuses and Remedies," which was published by the National Legal Center for the Public Interest. She is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York, and the American Association for Justice (formerly the Association of Trial Lawyers of America). E-MAIL: dweintraub@wdklaw.com

### Glen M. Connor
For the past two decades, Mr. Connor has represented employee benefit plans, unions, and employees. He has developed a well-recognized expertise in ERISA and has represented employee benefits plans in numerous lawsuits across the United States. He has assumed

primary responsibility in some of the largest 401(k) ERISA actions in the country. Mr.
Connor leads administrative matters related to the pension funds and health and welfare
funds that the firm represents. He also regularly represents labor unions in arbitration
proceedings involving disputes over the application and interpretation of a collective
bargaining agreement. His practice is concentrated in the areas of ERISA, employee
benefits, bankruptcy and pension plans.

He is a member of the Alabama Bar and is admitted to practice before the U.S. Court of
Appeals for the Third, Sixth, and Eleventh Circuits and U.S. District Courts for the
Northern, Middle and Southern Districts of Alabama. Mr. Connor attended Birmingham-
Southern College (B.A., cum laude, 1981) and the University of Alabama (J.D., 1984)
where he was a member of the John A. Campbell Moot Court Board (1983-1984). He is a
member of the Alabama State Bar and American Bar Association. Mr. Connor was born
in Ft. Walton Beach, Florida.

Reported Cases: Rankin v. Rots, 220 F.R.D. 511 (E.D. Mich. 2004); Rankin v. Rots,
F.Supp. 853 (E.D. Mich. 2003); McCoy v. Hess Oil of Virgin Islands, 206 F.Supp.2d 276
(D.V.I. 2002); United Steelworkers of America v. Cherokee Electric Co-op, 127 LRRM
(BNA) 2375; 108 Lab.Cas. p. 10, 441; aff'd 829 F.2d 1131; cert. den. 458 U.S. 1038; 108
S.Ct. 1601 (1988); Operating Engineers Local 312 Health and Welfare Fund v. Rivers &
Rhodes, Inc., 813 F.Supp. 791 (N.D. Ala. 1993); United Steelworkers of America v.
Simcala, 111 F.Supp.2d 1287 (M.D. Ala. 2000); Kirwan v. Reynolds, 536 So. 2d 936 (Ala.
1988).
E-MAIL: gconnor@wdklaw.com

### Richard P. Rouco

Mr. Rouco is one of our members with primary responsibility over representation of the
Firm's Union clients. His practice is focused in the areas of class actions, antitrust, ERISA,
union labor law, and securities fraud. He has expertise negotiating and enforcing collective
bargaining agreements. Mr. Rouco also has extensive experience representing Unions
and/or their members in suits brought under the Labor Management Relations Act, Labor
Management Reporting and Disclosure Act, the Fair Labor Standards Act, the WARN Act,
ERISA and matters falling under the jurisdiction of the National Labor Relations Board.
He has handled a considerable number of cases before the NLRB, including a multi-region
plant closing case against Crown Cork & Seal.

In addition to his experience as a labor union lawyer, Mr. Rouco has also developed an
active practice in the area of antitrust litigation. His interest in antitrust litigation grew out
of his experience representing working families and their Unions in disputes with multi-
national corporations. He currently represents consumers in several anti-trust cases
alleging price fixing and other unlawful restraints of trade. He also has experience
litigation securities fraud cases on behalf of institutional investors. He is currently
litigating cases brought under the 1934 Securities Exchange Act and the Securities Act of
1933. He is one of three WD&K lawyers fluent in Spanish.

Mr. Rouco is a member of the Alabama Bar and is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit and the U.S. District Courts for the Northern, Middle and Southern Districts of Alabama.   He is a member of the Alabama State Bar and American Bar Association. Mr. Rouco is a Board Member for the Greater Birmingham Ministries.   He is the author of "Available Remedies Under ERISA," Section 502 45 Alabama Law Rev., 1994.  In 2006, he addressed the Whatley Drake LLC Continuing Legal Education Conference on "The Basics of Antitrust Class Action Litigation," Complex Litigation, Mass Torts & Class Actions Continuing Legal Education Summit.

Mr. Rouco has also held several teaching positions including Adjunct Professor at the University of Alabama School of Law (2003-2004) and (2004-2005) and at Occidental College, Los Angeles, California (1989-1991); Graduate Teaching Fellow, Department of Philosophy at University of California, Irvine (1989-1990).  He was a Research Assistant at the Alabama Law Institute (1992-1994).

He is a graduate of  Florida State University (B.A., cum laude, 1987), University of California, Irvine (M.A., Candidate, 1991) and the University of Alabama School of Law (J.D., magna cum laude, 1994).  In law school, he served as Senior Articles Editor, Alabama Law Review (1993-1994) and member, Order of the Coif.  He was Most Outstanding Undergraduate, Florida State University College of Arts & Sciences (1987); Most Outstanding Student, Florida State University Department of Philosophy (1986-1987)  and Recipient, University of California Regents Fellowship, (1987-1990).  He was born in Miami, Florida, July 17, 1964.

Reported Cases: Adams v. United Steelworkers of America, 189 F.3d 1321 (11th Cir. 1999); Ryan et. al v. Flowserve Corp., 2007 WL 946052 (ED Tx); Boin v. Verizon South, 283 F.Supp. 2d 1254 (M.D. Ala. 2003); Estate of Rodriquez v. Drummond Company, 256 F.Supp. 2d 1250 (N.D. Ala. 2003); Williams v. United Steelworkers, 234 F.Supp. 2d 552 (M.D.N.C. 2002); United Steelworkers of America v. Ivaco, 216 F.R.D. 693 (N.D. Ga. 2002).
**E-MAIL: rrouco@wdklaw.com**

### Patrick J. Sheehan

Mr. Sheehan heads the firm's Boston, Massachusetts office.  Mr. Sheehan's practice focuses on consumer protection, health care law, insurance law, issues relating to information security and identity theft and other complex litigation.  As part of his practice, Mr. Sheehan represents businesses, professional associations, professionals, consumers and other individuals in class actions and other litigation pending throughout the country.

Mr. Sheehan has represented physicians and medical associations in class actions brought in numerous federal and state courts. Mr. Sheehan currently represents plaintiff physicians and medical societies in the In Re Managed Care Litigation and Love v. Blue Cross Blue Shield et al., pending in the United States District Court for the Southern District of Florida,

which have already led to landmark settlements resulting in billions of dollars worth of managed care reforms and monetary relief for physicians across the country. Mr. Sheehan has also represented physicians and state medical societies in state court actions and arbitrations in jurisdictions across the nation.

Mr. Sheehan's current consumer class actions include *In re Aurora Dairy Corp. Organic Milk Marketing and Sales Practices Litigation*, pending in the Eastern District of Missouri, which alleges that Aurora Dairy and various retailers marketed and sold Aurora Dairy milk as "organic" even though it failed to comply with federal organic standards in numerous respects. Mr. Sheehan also represents consumers in the *In re Bisphenol-A Tainted Polycarbonate Plastic Litigation*, brought against a number of the leading manufacturers of plastic bottles for misrepresenting and failing to disclose the safety risks linked to the chemical compound Bisphenol-A used to make their products.

In *In Re TJX Companies Retail Security Breach Litigation*, brought in the United States District Court for the District of Massachusetts, Mr. Sheehan represents a proposed class of banks and credit unions who were injured when their customers' payment card accounts were compromised in the largest data breach in retail history. Mr. Sheehan also represents consumers affected by recent data breaches at Hannaford Supermarkets and Countrywide Financial Corporation in *In re Hannaford Bros. Co. Customer Data Security Breach Litigation* and *Lemuz v. Countrywide Financial Corporation*, currently pending in the United States District Courts for the District of Maine and Central District of California, respectively.

Mr. Sheehan is also involved in *In re Insurance Brokerage Antitrust Litigation*, filed in the District of New Jersey against certain of the largest insurance companies and insurance brokers in the country in connection with their use of undisclosed contingent commissions. To date, this litigation has led to settlements totaling tens of millions of dollars.

Mr. Sheehan regularly contributes to legal publications and continuing legal education programs. He also frequently volunteers his time on a pro bono basis. Mr. Sheehan is an active participant in the Health Law Advocates Pro Bono Legal Network, through which he provides legal assistance to individuals seeking access to health care. Mr. Sheehan also served as a volunteer attorney for Trial Lawyers Care, the largest pro bono legal program in history, through which he provided legal services to individuals and families who sought compensation under the September 11th Compensation Fund. Recently, Mr. Sheehan served as a scoring judge for the American Bar Association's National Appellate Advocacy Competition.

Mr. Sheehan is a graduate of the College of the Holy Cross (B.A., 1993) and Northeastern University School of Law (J.D., 1997), where he was an editor of the NU Forum. He is a member of the American Bar Association, the American Association for Justice, the Massachusetts Bar Association, the Massachusetts Academy of Trial Attorneys and the Boston Bar Association and serves on the Board of Directors of the Holy Cross Lawyers

Association.  He is a member of the Massachusetts and New York Bars and is admitted to practice before the United States District Courts for the District of Massachusetts, the Southern and Eastern Districts of New York, and the First Circuit Court of Appeals.
E-MAIL: psheehan@wdklaw.com

## Senior Counsel

**Ilze C. Thielmann**
Ms. Thielmann practices health care litigation, complex and multi-district litigation.  She is a member of the New York State Bar (1995) and is also admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York. Ms. Thielmann attended Princeton University (A.B., 1988) and obtained her J.D. in 1994 from Columbia University Law School where she was a member of Law Review and Harlan Fiske Stone Scholar.  She was born in West Islip, New York.
E-MAIL: ithielmann@wdklaw.com

## Of Counsel

**Charlene P. Ford**
Ms. Ford concentrates her practice in the areas of class actions, complex litigation, small business law and business litigation as well as appellate practice.  She is a member of the Alabama Bar and is admitted to practice before the U.S. Supreme Court and the U.S. Court of Appeals for the 11th Circuit.  She is a member of the Birmingham and American Bar Associations, Alabama State Bar, Alabama Association for Justice, and American Association for Justice.

Ms. Ford is a graduate of the University of Montevallo (B.S., summa cum laude, 1982) and Cumberland School of Law of Samford University (J.D., summa cum laude, 1993) where she was a Member (1991-1993) and Comment Editor (1992-1993) of the Cumberland Law Review. Following law school, she served as law clerk to the Honorable Judge William M. Acker, Jr., U.S. District Court, Northern District of Alabama.  Ms. Ford is the author of "Rule 11: Due Process Reconsidered," 22 Cumberland Law Review 729, 1991-1992.  She was born in Limestone County, Alabama.

Reported Cases: PacifiCare Health Systems, Inc. v. Book, 538 U.S. 401, 123 S.Ct. 1531 (2003); Klay v. Humana, Inc., 382 F.3d 1241 (11th Cir. 2004); McFarlin v. Conseco Services, L.L.C., 381 F.3d 1251 (11th Cir. 2004); In re Humana Inc. Managed Care Litigation, 333 F.3d 1247 (11th Cir. 2003); In re Humana Inc. Managed Care Litigation, 285 F.3d 971 (11th Cir. 2002); In re Managed Care Litigation, 246 F.Supp.2d 1363 (Jud. Pan. Mult. Lit. 2003); In re Managed Care Litigation, 236 F.Supp.2d 1336 (S.D. Fla. 2002); In re Managed Care Litigation, 209 F.R.D. 678 (S.D. Fla. 2002); In re Managed Care Litigation, 135 F. Supp.2d 1235 (S.D. Fla. 2001); Moore v. Liberty Nat. Ins.Co., 108 F.Supp.2d 1266 (N.D. Ala. 2000); Avis Rent A Car Systems, Inc. v. Heilman, 876 So.2d

1111 (Ala. 2003); Yeager v. General Motors Acceptance Corp., 719 So.2d 210 (Ala. 1998);
Johnson v. Garlock, 682 So.2d 25 (Ala. 1996).
E-MAIL: cford@wdklaw.com

**Roberto Ramirez**
Mr. Ramirez formerly served in the New York State Assembly for the 78th Assembly
District, Bronx, New York, 1990-2000. While a member of the Assembly, Mr. Ramirez
served as Chair, Urban Health Care Subcommittee and also served on the Administrative
Regulations Review Commission (ARRC), Social Services Committee and Real Property
Tax Committee. In New York State, Mr. Ramirez has earned a reputation as one of the
hardest working public officials in government and as a "voice of conscience" on some of
the most pressing issues of our time. He is also a formidable activist in the crusade against
social injustice and racism. He is a member of the New York State Bar (1997) and the New
York State Bar Association (Member, Promote Public Trust and Confidence Committee).
He graduated from Bronx Community College (A.D.), New York University (B.S.) and
New York University School of Law (J.D., 1993). Mr. Ramirez was born in Puerto Rico.


**Associates**

**Shujan A. Awan**
Mr. Awan is an associate with the firm. He concentrates his practice in the areas of
complex and multi-district litigation. Mr. Awan graduated from New Jersey Institute of
Technology, *magna cum laude* (B.S. Computer Science, 2002) and from Brooklyn Law
School (J.D., 2008). During law school, Mr. Awan served as a student prosecutor for the
United States Attorney's Office for the Eastern District of New York where he represented
the federal government in the investigation and prosecution of misdemeanors and petty
offenses. Mr. Awan was a summer associate and law clerk at the firm prior to joining on a
full-time basis. His admission to the New York bar is pending.
E-MAIL: sawan@wdklaw.com

**W. Tucker Brown**
Mr. Brown practices in the area of class action and antitrust litigation. He is a member of
Alabama Bar since 2004 and is admitted to practice before the United States Court of
Appeals for the Eleventh Circuit, as well as the U.S. District Courts for the Northern,
Middle and Southern Districts of Alabama, and the U.S. District Court for the District of
Colorado. He obtained a B.A., *cum laude*, in 2001 from Vanderbilt University and received
his J.D., *magna cum laude*, in 2004 from the Georgetown University Law Center where he
was Order of the Coif. Following law school he served as law clerk to Hon. William M.
Acker, Jr., U.S. District Court for the Northern District of Alabama from 2004 to 2005.
He is a member of the Alabama State Bar, the American Bar Association (Antitrust
Division), Birmingham Bar Association and American Association for Justice. He was
born in Birmingham, Alabama.
E-MAIL: tbrown@wdklaw.com

**E. Ashley Cranford**
Ms. Cranford's practice is focused in the areas of complex class action and mass tort litigations involving products liability, drug and medical devices and personal injury. She has been extensively involved in the mediation and settlement of many of the firm's multi-district pharmaceutical and products liability mass actions. She has also been asked to speak on both national and local levels regarding her experience in mediation of multi-district pharmaceutical actions. She is slated to serve as the Co-Chair of the Discovery Committee for *In Re Trasylol Products Liability Litigation*, MDL 1928.

She is a member of the Alabama Bar since 2003 and is admitted to practice before the U.S. District Court for the Northern and Middle Districts of Alabama. She is a member of the Birmingham and American Bar Associations, Alabama Association for Justice and American Association for Justice.

She earned her B.S. in Secondary Education in English and Political Science, *magna cum laude*, in 1999 from Auburn University where she was a member of Mortar Board Honorary, Gamma Sigma Alpha Honorary, Kappa Delta Pi Honorary, and Golden Key Honorary.

Before attending law school, Ms. Cranford taught Eighth Grade English in the Jefferson County School System in Birmingham, Alabama.

She obtained her J.D. from the University of Alabama School of Law in 2003 where she was a member of the Bench and Bar Honor Society, a Senator for the Student Bar Association, and a participant on the Jessup International Moot Court Team. Ms. Cranford was born in Birmingham, Alabama.
**E-MAIL: acranford@wdklaw.com**

**Sara C. Hacker**
Ms. Hacker is a member of the Alabama Bar (2005). She is a member of the Alabama State Bar, Birmingham Bar Association and Farrah Law Society. She graduated from Auburn University (B.A. magna cum laude, 2002) and the University of Alabama School of Law (J.D., 2005) where she was Senior Editor of the *Alabama Law Review*. Following law school she served as law clerk for Judge Patricia Smith, Alabama Supreme Court (2005-2006) and for Judge Inge Johnson, U. S. District Judge, Northern District of Alabama (2006-2007).
**E-MAIL : shacker@wdklaw.com**

**Adam P. Plant**
Mr. Plant is a member of the class action, securities fraud, and complex litigation practice groups of the firm. During his time at Whatley Drake & Kallas, Mr. Plant has worked to hold large corporations and their directors accountable for violations of Federal securities laws on behalf of defrauded shareholders; he has represented current and former members

of the United States Armed Forces who were sold fraudulent financial plans; and he has represented cattle ranchers and row crop farmers against multinational ag and biotech companies. He also has defeated dispositive motions in Federal trial courts and crafted winning arguments before both State and Federal courts of appeals.

Mr. Plant graduated from Samford University (B.A., 1999) and The University of Alabama School of Law (J.D., cum laude, 2003). During law school, he served as Editor in Chief of the Alabama Law Review and received the Dean's Award, Community Service Award and Law Review Outstanding Scholar Award. He is a member of the Bars of the State of Alabama (2003) and the District of Columbia (2007), and is admitted to practice before the U.S. Court of Appeals for the Eleventh Circuit, the Northern and Middle Districts of Alabama, and the Middle Districts of Alabama Bankruptcy Court.

After law school, Mr. Plant served as Deputy Solicitor General (Solicitor's Fellow) in the Office of the Attorney General of Alabama (2003-2004). As a Deputy Solicitor General, he was responsible for representing the State before State and Federal appellate courts, including the Supreme Courts of Alabama and the United States, and crafting legislative responses to decisions of the Alabama Supreme Court. He was a member of the litigation teams for several notable criminal and constitutional law decisions including *Nelson v. Campbell*, 541 U.S. 637 (2004); *Altherr v. State*, 911 So. 2d 1105 (Ala. Crim. App. 2004); *Ex parte Medical Licensure Comm'n*, 897 So. 2d 1093 (Ala. 2004); and *McGinley v. Houston*, 361 F.3d 1328 (11th Cir. 2004). Mr. Plant then clerked for Hon. William H. Pryor Jr. on the United States Court of Appeals for the Eleventh Circuit (2004-2005).

Mr. Plant is the author of "With a Little Help from my Friends: The Intersection of the Gestational Carrier Surrogacy Agreement, Legislative Inaction, and Medical Advancement," 54 Ala. L. Rev. 639 (2003), which has been cited as authoritative in both State and Federal courts; and "Selective Service Act of 1917" and "Smoot Hawley Tariff Act (1930)," 3 Major Acts of Congress 178 and 194 (Thomson Publishing 2003). He also is a member of the Birmingham Bar Association, American Association for Justice, American Bar Association, and Alabama Association for Justice.
E-MAIL: aplant@wdklaw.com

**Elizabeth Rosenberg**
Ms. Rosenberg concentrates her practice in the areas of class actions complex and multi-district litigation. She is a member of the New York State Bar (2003) and New York State Bar Association. She attended the University of Michigan (B.A., 1998) and Brooklyn Law School (J.D., 2001). Ms. Rosenberg was born in Roslyn, New York.
E-MAIL: erosenberg@wdklaw.com

**Max Schwartz**, born 1979, admitted to bar, New York 2007; *Education:* Columbia University (B.A. 2002); New York University School of Law (J.D. 2005).
Email: mschwartz@wdklaw.com

**Amy Alexander Weaver**
Ms. Weaver practices in the areas of mass torts and products liability. She is a member
of the Alabama State Bar since 2005 and is admitted to practice in the Northern,
Middle, and Southern Districts of Alabama. She is a member of the Birmingham and
American Bar Associations, the Alabama Association for Justice and the American
Association for Justice. She received her B.A. from Duke University in 2001 and obtained
her J.D. from the University of Alabama School of Law in 2005. Ms. Weaver was born
in Birmingham, Alabama.
E-MAIL: aweaver@wdklaw.com


**Other Attorneys with the Firm**

**Virginia Applebaum,** born Biloxi, Mississippi; admitted to bar, Alabama 2006; *Education:*
Jacksonville State University, Jacksonville, Alabama (B.S., M.S. 1995), Cumberland School
of Law, Samford University, Birmingham, Alabama (J.D. 2004); *Member:* Alabama State
Bar Association.
E-MAIL: vapplebaum@wdklaw.com

**William Brett Brown,** born Mobile, Alabama, 1980; admitted to bar, Alabama, 2006;
Education: Cumberland School of Law, J.D., 2006, Auburn University, B.A., 2002;
Member: Alabama State Bar; American Bar Association; Practice Areas: Products Liability;
Class Actions; Personal Injury; Wrongful Death.
E-MAIL: bbrown@wdklaw.com

**D. Jamie Carruth,** born 1979; admitted to bar, Alabama, 2004. *Education:* University of
Alabama, Tuscaloosa, Alabama, (B.A. May 2001); University of Alabama School of Law,
Tuscaloosa, Alabama (J.D. 2004); *Member:* American Bar Association.
E-MAIL: jcarruth@wdklaw.com

**Daniel Gleason,** born Memphis, Tennessee, 1981; admitted to bar, Alabama 2006, U.S.
District Court for the Northern District of Alabama, 2006; *Education:* Birmingham-
Southern College, Birmingham, Alabama (B.A. 2003), Washington and Lee University
School of Law, Lexington, Virginia (J.D. 2006).
E-MAIL: dgleason@wdklaw.com

**Anna L. Hart,** born 1977; admitted to bar, 2006, Alabama and U.S. District Court,
Northern District of Alabama. *Education:* Georgia State University (B.A., 1999);
Cumberland School of Law at Samford University (J.D., 2005). *Member:* Birmingham Bar
Association.
E-MAIL: ahart@wdklaw.com

**Laurie Hubbard**, born 1971; admitted to bar, Alabama 2009. *Education:* Middle Tennessee State University (B.B.A. Accounting 1993) and Birmingham School of Law (J.D. 2007).
E-MAIL: lhubbard@wdklaw.com

**Andrew H. McElroy, III**, admitted to bar, 1986, Alabama, 1989, Florida, U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court, Northern and Southern Districts of Alabama. *Education:* The University of Alabama (B.S., 1983), Cumberland School of Law at Samford University (J.D., 1986). *Member:* Alabama State Bar, Florida State Bar, American Bar Association (Member, Real Property Trust and Estate Law Section; Member, Advisory Panel); Charter Member, National Academy of Elder Law Attorneys.
*Representative Cases:* Rogers v. Nall, 583 So.2d 271.
E-MAIL: tmcelroy@wdklaw.com

**Howard M. Miles (Executive Director)**, born Ketchikan, Alaska, 1958; admitted to bar, Alabama  1983; *Education:* University of Mississippi, J.D., 1983, University of Mississippi, B.B.A., 1979;  *Past Positions:* Certified Public Accountant, Mississippi, 1980; *Practice Areas:* Law Firm Management; Business Law; Contracts; Commercial Transactions
E-MAIL: hmiles@wdklaw.com

**Lindsey W. Nicholson,** born Birmingham, Alabama, 1981; admitted to bar, Alabama 2006, *Education:* Auburn University (B.S., 2003); University of Alabama (J.D., 2006); *Member:* Alabama State Bar; *Languages:* Spanish.
E-MAIL: lnicholson@wdklaw.com

**Jeremy Paul Sherer,** born 1979, admitted to bar, Alabama 2004. *Education:* University of Alabama, Tuscaloosa, Alabama (B.A. 2001); University of Alabama School of Law, Tuscaloosa, Alabama (J.D. 2004). *Member:* District Policy Advisor, Congressman Artur Davis.
E-MAIL: jsherer@wdklaw.com

New York • Birmingham • Boston

| | | |
|---|---|---|
| 1540 Broadway, 37th Floor | 2001 Park Place North | 60 State Street, 7th Floor |
| New York, New York 10036 | Suite 1000 | Boston, MA 02109 |
| Telephone: (212) 447-7070 | Birmingham, AL 35203 | Telephone: (617) 573-5118 |
| Fax: (212) 447-7077 | Telephone: (205) 328-9576 | Fax:  (617) 573-5090 |
| | Fax: (205) 328-9669 | |

www.wdklaw.com