EXHIBIT 4

# Frank E. Piscitelli, Jr., Esq.

Piscitelli Law Firm
55 Public Square, Suite 1950
Cleveland, Ohio 44115
Telephone: (216) 931-7000
Telecopier: (216) 931-9925
frank@feplaw.com

**Areas of Practice:**

Securities (Campagnuolo v. FirstEnergy Corp. et al., U.S.
District Court, Northern District of Ohio - Securities Class
Action; Blaz v. Charter One Financial, et al., Cuyahoga County
Court of Common Pleas -Securities Class Action; Cline et al v.
Reliance Trust Company et al U.S. District Court, Northern
District of Ohio - Securities Class Action; Smith v. Merrill
Lynch, U.S. District Court, Northern District of Ohio -
Suitability and Churning; Multiple NASD Securities
Arbitration; Ohio Valentine Act Litigation), Shareholder
Derivative, Fiduciary Duty, ERISA, False Claims Act, Lender
Liability, Anti-Trust, Personal Injury, Medical Malpractice and
Securities, Consumer and Utility Class Actions.

**Education:**

| | |
|---|---|
| 1990: | B.A. Cleveland State University |
| 1993: | J.D. Cleveland Marshall College of Law |

**Admitted:**

| | |
|---|---|
| 1993: | Ohio Supreme Court |
| 1993: | United States District Court for the Northern District of Ohio |
| 1995: | United States Court of Appeals, Sixth Circuit |
| 2008: | United States District Court for the Southern District of Ohio |

Admitted to appear pro hac vice as trial counsel in the State
Courts in the States of New York, Missouri, Arizona, Florida
and California.

Admitted to appear pro hac vice as trial counsel in Federal
District Court in Virginia.

**Experience:**

1993-1995: Attorney - Timothy A. Shimko & Associates, Cleveland, Ohio

1995-1998: Attorney - Frank Piscitelli, Co. LPA. Hudson, Ohio

1998-2003: Associate then Partner - Shimko & Piscitelli, Cleveland, Ohio

2003-Present: Attorney – Piscitelli Law Firm
Of Counsel: Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA
Cleveland, Ohio

**Reported Cases:**

Boland v. National City Bank, 1996 U.S. App. LEXIS 34356;

Ed Wolf, Inc. v. National City Bank, 1997 Ohio App. LEXIS 237 (Ohio Ct. App. 1997);

Middleton & Assocs. v. Weiss, 1997 Ohio App. LEXIS 2667 (Ohio Ct. App. 1997);

Hunting Valley v. Kups, 1999 Ohio App. LEXIS 3497 (Ohio Ct. App. 1999);

Slauterbec v. Delaney, 2000 Ohio App. LEXIS 5159 (Ohio Ct. App. 2000);

Weiss v. PUC, 90 Ohio St. 3d 15 (Ohio 2000);

State ex rel. Cleveland Elec. Illuminating Co. v. Cuyahoga County Court of Common Pleas, 88 Ohio St. 3d 447 (Ohio 2000);

Neumann v. Shimko, 2000 Ohio App. LEXIS 1063 (Ohio Ct. App. 2000);

Rapisarda v. Chagrin Valley Ath. Club, 2001 Ohio 8821 (Ohio Ct. App. 2001);

Helman v. EPL Prolong, Inc., 2002 Ohio 5249 (Ohio Ct. App. 2002);

Shimko v. Lobe, 2002 Ohio 2015 (Ohio Ct. App. 2002);

Kreeger v. Hirt, 2003 Ohio 3172 (Ohio Ct. App. 2003);

Shimko v. Lobe, 152 Ohio App. 3d 742 (Ohio Ct. App. 2003);

Ippolito v. First Energy Corp., 2004 Ohio 5876 (Ohio Ct. App. 2004).

Cline v. Reliance Trust Company, 2005 U.S. Dist. LEXIS 26066

Kanally v. Ameritech Ohio Co., 2008 Ohio 4446, 2008 Ohio App. LEXIS 3747

Kalnasy v. MetroHealth Medical Center, 2008 Ohio 3035; 2008 Ohio App. LEXIS 2532

**Current**
**Noteworthy Cases:** Ippolito, et al. v. Countrywide Financial Corp., et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA – Member of Plaintiffs' Executive Committee – Approval of Settlement of consumer class action involving data security breach;

Kanally v. Ameritech Ohio, Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA – Putative Consumer Class Action involving alleged violations of Ohio statutes;

Gemelas v. The Dannon Co., Inc., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA, Blood, Hurst & O'Reardon, Scott Kalish, Esq. and Robbins, Geller, Rudman & Dowd – Putative Consumer Class Action involving alleged violations of Ohio Consumer Sales Practices Act and Ohio Consumer Trade Practices Act; Approval of Settlement and appointed class counsel.

Gallucci v. Sears, Roebuck and Company, et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA – Putative Class Action alleging violations of Ohio's Deceptive Trade Practices Act.

Lewis-Griffin, et al. v. RBS WorldPay, Inc., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA – Putative Consumer Class Action alleging data security breaches;

McGinty, et al. v. Heartland Payment Systems, Inc., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA – Putative Consumer Class Action alleging data security breaches;

Mosley, et al. v. The Proctor & Gamble Mfg. Co., et al. –
Putative MDL involving injuries related to the use of denture
cream products;

Fitzpatrick v. General Mills, Inc. and Yoplait USA, Inc., Co-
Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli,
LPA – Putative Consumer Class Action involving alleged
violations of Florida Deceptive and Unfair Practices Act and
Breach of Express Warranty;

Brock v. General Mills, Inc.and Yoplait, USA, Inc., Co-Counsel
with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA –
Putative Consumer Class Action involving alleged violations of
Ohio Consumer Sales Practices Act and Ohio Consumer Trade
Practices Act.

McKinney v. Bayer Corporation, et al. – Putative Class Action
involving, *inter alia,* alleged violations of Ohio Consumer Sales
Practices Act and Ohio Consumer Trade Practices Act.

Pfaff v. Whole Foods Market Group, Inc., et al. – Putative Class
Action involving, *inter alia,* alleged violations of Ohio
Consumer Sales Practices Act and Ohio Consumer Trade
Practices Act.

Pogrebinsky v. POM Wonderful, LLC – Putative Class Action
involving alleged violations of Ohio Consumer Sales Practices
Act and Ohio Consumer Trade Practices Act.

Trial Counsel – John Doe v. ABC Hospital and XYZ Hospital,
resulting in a substantial seven settlement during jury selection,
Cuyahoga County;

Trial Counsel - Powell v. Highland District Hospital
Professional Services Corporation, et al. resulting in a $5.9
million verdict.

Trial Counsel - Jane Doe v. Amusement Park Co. alleged
improper design and content of amusement ride warning signs.
First case alleging this theory of liability resulting in a
substantial seven figure settlement.

Co-Lead Counsel in Jane Doe v. Investment Firm. Through
intense and vigorous discovery, documents were discovered that
led to a substantial seven figure settlement that included all of
the Plaintiff's compensatory damages as well as a portion of the
defendant's punitive damage exposure.

**MDL Cases:**
Gallucci v. Sears, Roebuck and Company, et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA (In re: Lawnmower Engine Horsepower Marketing and Sales Practices Litigation (No. II), MDL No. 1999)

Ippolito, et al. v. Countrywide Financial Corp., et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA (In re:  Countrywide Financial Corp. Customer Data Security Breach Litigation, MDL No. 1998)

Sahley v. Merck & Co., Inc., et al. and Kean v. Merck & Co., Inc., et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA (In Re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation, MDL No. 1938) Argued MDL Transfer Motion in Austin, Texas.

Novak v. Actavis, et al. and Stanley v. Actavis, et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA  (In Re: Digitek Products Liability Litigation, MDL No. 1968)  Argued MDL Transfer Motion in San Francisco, CA.

Kahr v. Bayer Corporation, et al. and Holman v. Bayer Corporation, et al., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA (In Re: Trasylol Products Liability Litigation, MDL No. 1928)

Lewis-Griffin, et al. v. RBS WorldPay, Inc., Co-Counsel with Climaco, Wilcox, Peca, Tarantino & Garofoli, LPA (In Re: RBS Worldpay Network Intrusion Litigation, MDL No. 2035)

McGinty, et al. v. Heartland Payment Systems, Inc., In Re: RBS Worldpay Network Intrusion Litigation, (In Re: Heartland Payment Systems, Inc. Consumer Data Breach Litigation, MDL No. 2046)

Mosley, et al. v. The Proctor & Gamble Mfg. Co., et al. (In Re: Denture Cream Products Liability Litigation, MDL No. 2051)

Pietrangelo, et al. v. Apple, Inc., et al. (In Re:  Apple Iphone 3G and 3G-S "MMS" Marketing and Sales Practice Litigation, MDL No. 2116)

Menssen v. Toyota Motor Sales, U.S.A., Inc. et al. and Glardon v. Toyota Motor Engineering & Manufacturing North America, Inc. et al.

**Professional:**

Ohio State Bar Association;
American Association for Justice;
Federal Bar Association;
Ohio Academy of Trial Lawyers; and
Graduate of the Trial Lawyers College