BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)
PATRICIA N. SYVERSON
  (CA 203111; AZ 020191)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/931-7000
frank@piscitellilaw.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS and JON KOZ, On Behalf of Themselves and All Other Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:09-CV-01786-IEG(WMC)<br><br>CLASS ACTION<br><br>REQUEST FOR ORDER SUMMARILY GRANTING MOTION FOR RULE 7 APPEAL BOND<br><br>Date: August 8, 2011<br>Time: 10:30<br>Courtroom: 1, 4th Floor<br>Judge: Honorable Irma E. Gonzalez<br>Date Filed: August 17, 2009<br>Trial Date: TBD |

Pursuant to Local Rule 7.1.e and f, plaintiffs request that the Court summarily enter an order granting plaintiffs' Motion for Rule 7 Appeal Bond filed on July 8, 2011, without the need for further filings nor to schedule a hearing, based on objector Omar Rivero's and objector Stephanie Berg's failure to file a timely response to plaintiffs' motion.

Plaintiffs' filed their motion on July 8, 2011 and, in accordance with Local Rule 7.1, set the hearing date for August 8, 2011 – thirty-one days after the filing of the motion.[1] Under Local Rule 7.1, the objectors' opposition to plaintiffs' motion was required to be filed by July 25, 2011 – fourteen calendar days prior to the August 8, 2011 hearing date. Neither objector Rivero nor objector Berg filed an opposition on July 25, 2011, nor did either request an extension from the court.

Rivero and Berg's failure to file a timely response should be deemed as consent to the granting of plaintiffs' motion pursuant to Local Rule 7.1.f.3.c which provides:

> Waiver: If an opposing party fails to file the papers in the manner required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for a ruling by the court.

Plaintiffs respectfully request that Rivero's and Berg's failure to file a timely opposition be deemed as consent to the Court's granting of plaintiffs' Motion for a Rule 7 Appeal Bond. A proposed Order is attached hereto as Exhibit A.

Dated: August 1, 2011

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD

By:  s/ Timothy G. Blood
TIMOTHY G. BLOOD

600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

---

[1] Attorneys Darrell Palmer and Christopher Bandas, counsel for objectors Berg and Rivero, respectively, received the motion and related filings via the Court's ECF system.

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/931-7000
frank@piscitellilaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
TODD D. CARPENTER
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619/756-6978
602/798-5825 (fax)
tcarpenter@bffb.com

CLIMACO, WILCOX, PECA, TARANTINO
  & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/621-8484
216/771-1632 (fax)
jrclim@climacolaw.com
pwarn@climacolaw.com
WHATLEY, DRAKE & KALLAS, LLC
PATRICK J. SHEEHAN
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/447-7070
212/447-7077 (fax)
psheehan@wdklaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2011.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA  92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com