# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS and JON KOZ, On Behalf of Themselves and All Other Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>KELLOGG COMPANY, a Delaware Corporation,<br><br>                    Defendant. | **CASE NO: 09-CV-1786-IEG (WMC)**<br><br>**ORDER (1) GRANTING PLAINTIFFS' MOTION FOR A RULE 7 APPEAL BOND AND (2) DENYING AS MOOT PLAINTIFFS' REQUEST TO SUMMARILY GRANT THE RULE 7 APPEAL BOND**<br><br>[Doc. Nos. 61 & 62] |

Presently before the Court is Plaintiff-Appellees' motion to require Objector-Appellants Omar Rivero and Stephanie Berg to post an appeal bond of $3,000, pursuant to Federal Rule of Appellate Procedure 7.  [Doc. No. 61.]  The purpose of such a bond is to protect appellees against the risk of nonpayment of costs by an unsuccessful appellant.  *Fleury v. Richemont N. Am., Inc.*, No. C-05-4525 EMC, 2008 WL 4680033, at *6 (N.D. Cal. Oct. 21, 2008) (citations omitted).  "[T]he question of the need for a bond, as well as its amount, are left in the discretion of the trial court."  *Id.* (citing Fed. R. App. P. 7, 1979 advisory committee notes). Neither Objector filed a timely opposition to the motion, and counsel for Objector Rivero represented to the Court that Rivero does not oppose a Rule 7 bond.

Plaintiffs' motion for a Rule 7 appeal bond is hereby **GRANTED**.  [Doc. No. 61.] Accordingly, Plaintiffs' "Request for Order Summarily Granting Motion for Rule 7 Appeal Bond" is

1  **DENIED AS MOOT**.  [Doc. No. 62.]  Pursuant to Federal Rule of Appellate Procedure 7, objectors
2  Omar Rivero and Stephanie Berg must jointly and severally post an appeal bond in the amount of
3  $3,000 to cover Plaintiffs' costs on appeal.

5      **IT IS SO ORDERED.**

8  **DATED:** 8/10/11

                                                                              *[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**