1
BLOOD HURST & O'REARDON, LLP
Timothy G. Blood (149343)
2
600 B Street, Suite 1550
San Diego, California 92101
3
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
4
tblood@bholaw.com

5
Attorneys for Plaintiffs

6
JENNER & BLOCK LLP
Kenneth K. Lee (264296)
7
633 West 5th Street, Suite 3600
Los Angeles, California 90071
8
Telephone:    (213) 239-5100
Facsimile:    (213) 239-5199
9
klee@jenner.com

10
Attorneys for Defendant Kellogg Company

11
Additional Counsel Identified on Signature Page

12
UNITED STATES DISTRICT COURT

13
SOUTHERN DISTRICT OF CALIFORNIA

14

15
HARRY DENNIS and JON KOZ, On Behalf of ) Case No.   3:09-CV-01786-IEG (WMC)
Themselves and All Others Similarly Situated, )
16                                            ) CLASS ACTION
            Plaintiffs,                       )
17                                            ) **JOINT MOTION TO CONTINUE APPEAL**
            v.                                ) **MANDATE HEARING**
18                                            )
KELLOGG COMPANY, a Delaware                   )
19 Corporation,                               ) Honorable Irma E. Gonzalez
                                              ) Complaint Filed: August 17, 2009
20          Defendant.                        )
                                              )
21                                            )

22

23

24

25

26

27

28

1        This Joint Motion to Continue Appeal Mandate Hearing is submitted by Plaintiffs Harry

2    Dennis and Jon Koz, and Defendant Kellogg Company, through their respective counsel of record,

3    with reference to the following facts:

4        1.    On September 4, 2012, the Ninth Circuit issued an order and opinion reversing this

5    Court's approval of the parties' settlement, vacating its judgment, and remanding the case to this

6    Court.   *Dennis v. Kellogg*, No. 11-55674, Dkt. No. 53-1 (9th Cir. Sept. 4, 2012).

7        2.    On September 27, 2012, the Ninth Circuit issued its formal mandate pursuant to Rule

8    41(a) of the Federal Rules of Appellate Procedure.   *Dennis v. Kellogg*, No. 11-55674, Dkt. No. 54

9    (9th Cir. Sept. 27, 2012).

10       3.    The following day, September 28, 2012, this Court set an Appeal Mandate Hearing

11   for 10:30 a.m. on October 10, 2012.   Dkt. No. 69.

12       4.    Since that date, the parties have been engaged in discussions regarding a potential

13   resolution to this case.

14       5.    In addition, Defendant's counsel has a previously scheduled family vacation that

15   conflicts with the set hearing date.

16       6.    In light of the aforementioned considerations, and subject to the Court's approval, all

17   parties agree to continue the Appeal Mandate Hearing to November 7, 2012, or to such other date in

18   November that is convenient for the Court.

19       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the

20   Court's approval, that the Appeal Mandate Hearing currently scheduled for October 10, 2012 shall

21   be continued to November 7, 2012 or to such other date in November that is convenient for the

22   Court.

1  DATED:    October 5, 2012                    BLOOD HURST & O'REARDON, LLP

2

3                                                _s/ Timothy G. Blood_____
                                                 Timothy G. Blood
4

5                                               BLOOD HURST & O'REARDON, LLP
                                                Timothy G. Blood
6                                               600 B Street, Suite 1550
                                                San Diego, California 92101
7                                               Telephone: (619) 338-1100
                                                Facsimile: (619) 338-1101
8                                               tblood@bholaw.com

9                                               BONNETT, FAIRBOURN, FRIEDMAN &
                                                BALINT, P.C.
10                                              Andrew S. Friedman
                                                Elaine A. Ryan
11                                              Patricia N. Syverson
                                                2901 N. Central Avenue, Suite 1000
12                                              Phoenix, AZ 85012-3311
                                                Telephone: (602) 274-1100
13                                              Facsimile: (602) 274-1199
                                                afriedman@bffb.com
14                                              eryan@bffb.com
                                                psyverson@bffb.com
15
                                                PISCITELLI LAW FIRM
16                                              Frank. E. Piscatelli, Jr.
                                                55 Public Square, Suite 1950
17                                              Cleveland, OH 44113
                                                Telephone: (216) 931-7000
18                                              frank@piscitellilaw.com

19                                              BONNETT, FAIRBOURN, FRIEDMAN &
                                                BALINT, P.C.
20                                              Todd D. Carpenter
                                                600 West Broadway, Suite 900
21                                              San Diego, CA 92101
                                                Telephone: (619) 756-6978
22                                              Facsimile: (602) 798-5825
                                                tcarpenter@bffb.com
23
                                                CLIMACO, WILCOX, PECA, TARANTINO
24                                              & GAROFOLI CO., L.P.A.
                                                John R. Climaco
25                                              Patrick G. Warner
                                                55 Public Square, Suite 1950
26                                              Cleveland, OH 44113
                                                Telephone: (216) 621-8484
27                                              Facsimile: (216) 771-1632
                                                jrclim@climacolaw.com
28                                              pwarn@climacolaw.com

1
2
3
4

WHATLEY, DRAKE & KALLAS, LLC
Patrick J. Sheehan
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
psheehan@wdklaw.com

Attorneys for Plaintiffs

5
6
7

DATED:    October 5, 2012

JENNER & BLOCK LLP

8
9
10

 s/ Kenneth K. Lee
Kenneth K. Lee

11
12
13
14

JENNER & BLOCK LLP
Kenneth K. Lee (264296)
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199
klee@jenner.com

15
16
17
18

JENNER & BLOCK LLP
Dean N. Panos
Richard P. Steinken
353 N. Clark Street
Chicago, IL 60654-3456
Phone:        (312) 222-9350
Facsimile:    (312) 527-0484

19

Attorneys for Defendant Kellogg Company

20
21
22
23
24
25
26
27
28

4

1

## **Signature Certification**

2          Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and

3    Procedure Manual, I hereby certify that the content of this document is acceptable to Timothy G.

4    Blood, counsel for Plaintiffs, and that I have obtained Mr. Blood's authorization to affix his

5    electronic signature to this document.
     JENNER & BLOCK LLP
6

7

8    October 5, 2012                         s/ Kenneth K. Lee_____
                                             Kenneth K. Lee

9                                            JENNER & BLOCK LLP
                                             Kenneth K. Lee (264296)
10                                           633 West 5th Street, Suite 3600
                                             Los Angeles, CA 90071
11                                           Telephone: (213) 239-5100
                                             Facsimile: (213) 239-5199
12                                           klee@jenner.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2

I hereby certify that on October 5, 2012, I electronically filed a Joint Motion to Continue

3 Appeal Mandate Hearing with the Clerk of the Court using the CM/ECF system which sent

4 notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.   I

5 certify under penalty of perjury under the laws of the United States of America that the foregoing is

6 true and correct. Executed on October 5, 2013.

7

8                                         Amanda Navarro

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28