BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS and JON KOZ, On Behalf of Themselves and All Other Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:09-CV-01786-IEG(WMC)<br><br>CLASS ACTION<br><br>JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER [Doc. No. 95]<br><br>Judge: Hon. Irma E. Gonzalez<br>Courtroom: 1, 4th Floor<br>Date Filed: August 17, 2009<br>Trial Date: TBD |

BLOOD HURST & O'REARDON, LLP

1  WHEREAS, on May 3, 2013 [Doc. No. 95], the court preliminarily approved the class action settlement. The court also scheduled a final approval hearing ("Settlement Hearing") on July 30, 2013 (*id*. at p. 10, §II.7.) and ordered that notice be disseminated to the class no later than sixty days before the Settlement Hearing. *Id*. at p. 12, §III.16.

WHEREAS, the parties have been informed by the Class Action Settlement Administrator that the first available issue of *Parents* magazine (one of the publications in the class notice plan) goes on sale July 9, 2013 (and space must be reserved in publication no later than May 17, 2013).

WHEREAS, for notice to be disseminated no later than sixty days before the Settlement Hearing, the Settlement Hearing needs to be continued to September 9, 2013 or as soon thereafter as the court's schedule permits.

THEREFORE, the parties stipulate and jointly request that the court modify the preliminary approval order, Doc. No. 95, p. 10, §II.7, to continue the Settlement Hearing from July 30 to September 9, 2013, or as soon thereafter as the court's schedule permits.

Respectfully submitted,

Dated: May 7, 2013

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD

By:      *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

*Class Counsel*

Dated: May 7, 2013

JENNER & BLOCK LLP
DEAN N. PANOS
RICHARD P STEINKEN

By:      *s/ Richard Steinken*
RICHARD STEINKEN

353 N. Cark Street
Chicago, IL 60654-3456
Telephone: 312-923-2938
312-840-7338 (fax)
dpanos@jenner.com
rsteinken@jenner.com

JENNER & BLOCK LLP
BRENT CASLIN
633 West 5th Street, Suite 3500
Los Angeles, CA 90071
Telephone: 213-239-5150
213-239-5160 (fax)
bcaslin@jenner.com

*Counsel for Defendant*

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

DATED: May 7, 2013				BLOOD HURST & O'REARDON, LLP

						By:	*s/ Timothy G. Blood*
							TIMOTHY G. BLOOD

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CF/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 7, 2013.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com