# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS and JON KOZ, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLOGG CO.,<br><br>Defendant. | CASE:09-CV-1786-IEG (WMC)<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY PRELIMINARY APPROVAL ORDER**<br><br>[Doc. No. 97] |

Before the Court is the parties' joint motion to modify the preliminary approval order. [Doc. No. 97.] For good cause shown, the Court hereby **GRANTS** the joint motion and modifies the preliminary approval order, [Doc. No. 95], as follows:

- the final approval hearing (the "Settlement Hearing") will be held on Monday, September 9, 2013 at 10:30 a.m. in Courtroom 4D.

**IT IS SO ORDERED.**

**DATED:** May 9, 2013

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**

- 1 - 09cv1786