BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN (AZ 005425)
ELAINE A. RYAN (AZ 012870)
PATRICIA N. SYVERSON
 (CA 203111; AZ 020191)
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/931-7000
frank@piscitellilaw.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page.]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRY DENNIS and JON KOZ, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> KELLOGG COMPANY, a Delaware Corporation, <br><br> Defendant. | Case No.: 3:09-CV-01786-IEG(WMC) <br><br> <u>CLASS ACTION</u> <br><br> PLAINTIFFS' NOTICE OF AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT <br><br> Date: September 9, 2013 <br> Time: 10:30 a.m. <br> Courtroom: 4D <br> Judge: Hon. Irma E. Gonzalez |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT plaintiffs Harry Dennis and Jon Koz do hereby move pursuant to Federal Rule of Civil Procedure 23 for an order:

1. Confirming plaintiffs as representatives of the Class;

2. Confirming the appointment of Class Counsel;

3. Confirming certification of the following class:

All persons or entities in the United States who purchased Frosted Mini-Wheats® branded cereal from January 28, 2008, up to and including October 1, 2009. Excluded from the Class are Kellogg's employees, officers, directors, agents, and representatives and those who purchased Frosted Mini-Wheats® for the purpose of re-sale.

4. Granting final approval of the Settlement; and

5. Awarding attorneys' fees and expenses and service awards to plaintiffs.

This motion is supported by the following concurrently filed documents: plaintiffs' memorandum in support of this motion, the declarations of Plaintiffs' Counsel and the declaration of the settlement administrator, Garden City Group, Inc., in support of this motion.

Respectfully submitted,

Dated: July 26, 2013

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
LESLIE E. HURST

By: *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN

00061366

PATRICIA N. SYVERSON
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85012-3311
Telephone: 602/274-1100
602/274-1199 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

PISCITELLI LAW FIRM
FRANK E. PISCITELLI, JR.
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/931-7000
frank@piscitellilaw.com

CLIMACO, WILCOX, PECA, TARANTINO
 & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: 216/621-8484
216/771-1632 (fax)
jrclim@climacolaw.com
pwarn@climacolaw.com

WHATLEY, DRAKE & KALLAS, LLC
PATRICK J. SHEEHAN
380 Madison Avenue, 23rd Floor
New York, NY 10017
Telephone: 212/447-7070
212/447-7077 (fax)
psheehan@whatleykallas.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2013.

                                        *s/ Timothy G. Blood*
                                      TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com