1  BLOOD HURST & O'REARDON, LLP
2  TIMOTHY G. BLOOD (149343)
   LESLIE E. HURST (178432)
   701 B Street, Suite 1700
3  San Diego, CA 92101
   Telephone: 619/338-1100
4  619/338-1101 (fax)
   tblood@bholaw.com
5  lhurst&bholaw.com

6  BONNETT, FAIRBOURN, FRIEDMAN
     & BALINT, P.C.
7  ANDREW S. FRIEDMAN (AZ 005425)
   ELAINE A. RYAN (AZ 012870)
8  PATRICIA N. SYVERSON
     (CA 203111; AZ 020191)
9  2325 E. Camelback Road, Suite 300
   Phoenix, AZ 85016
10 Telephone: 602/274-1100
   602/274-1199 (fax)
11 afriedman@bffb.com
   eryan@bffb.com
12 psyverson@bffb.com

13 PISCITELLI LAW FIRM
   FRANK E. PISCITELLI, JR.
14 55 Public Square, Suite 1950
   Cleveland, OH 44113
15 Telephone: 216/931-7000
   frank@piscitellilaw.com

16
   Attorneys for Plaintiffs
17
   [Additional Counsel Appear on Signature Page.]
18

19            **UNITED STATES DISTRICT COURT**

20          **SOUTHERN DISTRICT OF CALIFORNIA**

| 21 | HARRY DENNIS and JON KOZ, On Behalf of Themselves and All Others Similarly Situated, | Case No.: 3:09-CV-01786-IEG(WMC) |
|---|---|---|
| 22 | | <u>CLASS ACTION</u> |
| 23 | Plaintiffs, | DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| 24 | v. | |
| 25 | KELLOGG COMPANY, a Delaware Corporation, | Date:         September 9, 2013 |
| 26 | | Time:         10:30 a.m. Courtroom: 4D |
| 27 | Defendant. | Judge:       Hon. Irma E. Gonzalez |

28

Case No. 3:09-CV-01786-IEG(WMC)
DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

BLOOD HURST & O'REARDON, LLP

I, TIMOTHY G. BLOOD, declare as follows:

1.     I am the managing partner of the law firm Blood Hurst & O'Reardon, LLP ("BHO"), one of the attorneys of record for Plaintiffs and counsel appointed by the Court to serve as Class Counsel for this Settlement. I have personal knowledge of the matters set forth in this declaration, and, if called to testify to them, would be competent to do so.

2.     In or about March or April, 2009, myself and lawyers from the Piscitelli Law Firm and Climaco, Wilcox, Peca, Tarrantino & Garofoli Co., L.P.A., began investigating the marketing claims that are the subject of this lawsuit made by defendant Kellogg Company, including whether there was any scientific substantiation to support those claims. Our efforts included obtaining advertisements (including labeling) from a variety of sources throughout the country, performing medical research into the claims and related areas, sending a Freedom of Information Act ("FOIA") request to the U.S. Federal Trade Commission ("FTC") and reviewing and analyzing the information collected.

3.     In late April and early May 2009, we drafted a class action complaint and, on May 5, 2009, sent a pre-suit demand letter to Kellogg on behalf of Mr. Koz, along with the proposed complaint that alleged violations of Ohio's Consumer Sales Practice Act (Ohio Rev. Code §§1345, *et. seq.),* Ohio's Deceptive Trade Practices Act, (Ohio Rev. Code §§4165, *et. seq.)* and breach of warranty. The complaint challenged Kellogg's claim on its Product advertising and labeling that Frosted Mini-Wheats® was clinically shown to improve the attentiveness of children by nearly 20%. The complaint alleged Kellogg's representations were false, misleading and likely to deceive the public because eating a bowl of Kellogg's Frosted Mini-Wheats® cereal for breakfast was not clinically shown to improve attentiveness by 20%.

4.     Meanwhile, and separate from the work being performed by my group, a separate analysis of the claims and factual investigation was being

BLOOD HURST & O'REARDON, LLP

00061370

BLOOD HURST & O'REARDON, LLP

1    performed by the law firm of Bonnett, Fairbourn, Freidman & Balint, P.C., on

2    behalf of their client, Plaintiff Dennis.

3        5.    On August 17, 2009, plaintiff Dennis filed a complaint against

4    Kellogg in this Court alleging violations of California's Unfair Competition Law

5    ("UCL"), Business & Professions Code §17200.

6        6.    In addition to the above, the law firm of Whatley, Drake & Kallas,

7    LLC, was conducting their own internal investigation and analysis of Kellogg's

8    alleged conduct on behalf of their client Lani Felix-Lozano.

9        7.    After receiving Mr. Koz's May 5, 2009 demand letter, Kellogg

10   contacted my co-counsel, Frank Piscitelli, to explore the possibility of discussing

11   an early resolution.  Kellogg subsequently contacted Plaintiff Dennis' counsel

12   regarding the same.  In late May 2009, at Kellogg's request we agreed to delay

13   filing the complaint sent to Kellogg earlier that month in exchange for its

14   agreement to informally exchange information pursuant to the Parties'

15   willingness to discuss settlement.  A formal amended complaint was later filed

16   on June 23, 2010, jointly by Plaintiffs Dennis and Koz.  ECF Nos. 22, 23.

17       8.    Once Plaintiffs' Counsel learned of each other's involvement in this

18   matter, we decided that joining forces and working together would best advance

19   the cases on behalf of our clients and the proposed classes.  As a part of this joint

20   effort, Lani Felix-Lozano agreed not to proceed with filing a formal complaint as

21   initially proposed, but instead agreed to work with counsel for Dennis and Koz to

22   explore the possibility of negotiating a meaningful global settlement with

23   Defendant that would resolve all claims.  The joint litigation and negotiation of

24   the respective Settlement was greatly enhanced by the initial examinations and

25   evaluations independently conducted by Plaintiffs' Counsel.  Collectively,

26   Plaintiffs' Counsel continued to obtain additional information about the matter

27   and pursue settlement discussions with Kellogg.

28

00061370    DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
            APPROVAL OF CLASS ACTION SETTLEMENT

BLOOD HURST & O'REARDON, LLP

9.      As part of this process the Parties negotiated a protective order pursuant to which Plaintiffs' Counsel demanded and received additional information and data (including sales data) from Kellogg and, after analyzing this additional information, engaged in several months of informal attempts to resolve the claims at issue.

10.     When the Parties' informal attempts to settle the matter were not successful they agreed to attend mediation.

11.     On January 13, 2010, the Parties participated in a whole day, fully briefed mediation session with Martin Quinn, Esq. of JAMS in San Francisco, California.   Both leading up to the mediation and thereafter the Parties held numerous settlement negotiation conference calls.   During this mediation the Parties reached a settlement in principle.

12.     By February 2010, the Parties' negotiations moved beyond constructing a framework for settlement to the point of proposing specific substantive settlement terms.   Over the next three to four months, the Parties continued settlement discussions in earnest, negotiating the specific terms of the agreement, the release, the notice program, the claims submission process and the accompanying exhibits.   These additional negotiations ultimately resulted in a stipulation of settlement (ECF No. 34), along with its accompanying exhibits (ECF No. 34-1).

13.     After entry of the order granting preliminary approval of the settlement (ECF No. 37), the notice program set forth in the stipulation of settlement was implemented to inform potential settlement class members of the settlement of the Litigation and of the availability of possible reimbursement for purchases of the Product upon submission of a valid claim form.

14.     More than 48,000 claim forms seeking reimbursement were submitted by settlement class members in response to the first notice program, but no claims have been paid.

DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

00061370

15.     There were only two objectors to the settlement (ECF Nos. 43, 44). Objector Omar Rivero is an attorney licensed in Texas who files pro per objections to class action settlements and then is represented by another Texas attorney, Christopher Bandas, to appeal when the objection is overruled. Stephanie Berg was represented by Darrel Palmer, an attorney who is well known in the plaintiff's bar for his objections and appeals in class action settlements.    After hearing on the objections (at which counsel for Stephanie Berg appeared), the court overruled the objections.    ECF No. 49.    Courts have found both Mr. Bandas and Mr. Palmer "serial objectors."

16.     The objectors appealed to the Ninth Circuit (ECF No. 51), contesting every aspect of the settlement.    The Ninth Circuit ultimately reversed and remanded the *cy pres* portion of the settlement.

17.     My firm and the firm of Whatley Drake were primarily responsible for the post judgment work of moving for and obtaining an appeal bond and appellate briefing.    I appeared for Plaintiffs and the Class at oral argument.    The Ninth Circuit issued its opinion on July 13, 2012, which was later withdrawn and modified on September 4, 2012, in response to Plaintiffs-Appellees' petition for rehearing.    Upon remand, the Parties prepared for further litigation and trial with Plaintiffs serving written discovery requests on Defendant in the form of requests for admission, interrogatories and document requests.    In addition, the Parties exchanged initial disclosures.    The Honorable William McCurine, Jr., Magistrate Judge in the action issued a scheduling order (ECF No. 78) whereby Plaintiffs were to file their motion for class certification by March 29, 2013, and the final pretrial conference (setting the trial date) was to occur on November 4, 2013.

18.     Meanwhile, the Parties agreed to discuss the possibility of a new settlement in accordance with the Ninth Circuit's opinion.    Several hurdles existed. For instance, Defendant felt its litigation position had improved as a result of intervening case law and the passage of time.    Further, the settlement

BLOOD HURST & O'REARDON, LLP

could not simply be replicated with the only change being identifying the *cy pres* recipients. The reason being that the Ninth Circuit's opinion precluded the $5.5 million food donation (the primary deterrent component of the settlement) agreed to by Kellogg because charities devoted to combatting false advertising are not in the business of accepting and distributing food donations. In essence, the negotiations were about an entirely new settlement.

19. When the Parties could not reach a resolution on their own, the Parties agreed to mediation with the Honorable Richard Haden of JAMS in San Diego, California. Both Parties prepared mediation briefs that were presented to Judge Haden prior to the mediation.

20. During this mediation, which took place on December 11, 2012, the Parties did not reach a formal resolution, but agreed to a settlement in principle. Following mediation the Parties continued their negotiations and were able to hash out an agreement on the principle deal points.

21. For two and one-half months following the last formal mediation session, the Parties negotiated over nuances of the Settlement, including significant sticking points with respect to the amount of relief an individual claimant could receive, the notice program and the proposed *cy pres* recipients.

22. The settlement negotiations were kept on track by Judge McCurine's scheduling order and the status conferences between the Parties and Judge McCurine at which the Parties were asked to report to the Court progress of their ongoing settlement negotiations. My firm and counsel for Kellogg participated in status conferences with Judge McCurine on November 8 and December 13, 2012, and on January 10, February 7, March 1 and March 13, 2013. *See* ECF Nos. 76, 80, 82, 84, 86 and 88.

23. The Stipulation of Settlement ultimately negotiated by the Parties creates a $4 million cash Settlement Fund. As is typical in common fund cases, cash payments will be distributed to Eligible Claimants who submit a valid

00061370

BLOOD HURST & O'REARDON, LLP

1   Claim Form following payment of notice and settlement administration costs,

2   attorneys' fees and expenses, and Plaintiff service awards.  However, exceeding

3   typical results in settlements of this nature each Eligible Claimant will receive a

4   refund of virtually the full price of the Product purchased - five dollars per box of

5   cereal purchased up to three boxes or fifteen dollars.  Five dollars is about one

6   dollar more than the 16.3 oz box, and roughly the same price as the 24 oz

7   package.  These amounts will be increased *pro rata* if funds remain.

8       24.    In my experience litigating consumer class actions for over two

9   decades I believe the results achieved by the Settlement are fair, adequate and

10  reasonable.  The benefits provided to Class Members, which provide them with

11  the full price of the Product purchased exceeds many settlements of its kind.  It is

12  also noteworthy that the settlement refunds are available to Class Members

13  without proof of purchase.  This provision is important in this case for two

14  reasons.  First, few Class Members would retain a proof of purchase for small

15  purchase items like cold cereal.  Second, the time-lag between the

16  misrepresentations and purchases (2008-2009) and notice dissemination that

17  began in May 2013, makes it even less likely that proof of purchase is available

18  to Class Members.  The ever-increasing difficulty of certifying a nationwide

19  class and maintaining certification favors final approval of this Settlement.  The

20  time and expense of proceeding to trial where this Settlement provides Class

21  Members with more relief than they would reasonably expect to receive even if

22  fully successful at trial also strongly favors certification.

23      25.    The Notice Program is also worth particular note.  Class Members

24  have twice received notice and an opportunity to submit a claim, first, in 2010

25  and again from May 27 to July 9, 2013.  The Notice Program for this Settlement

26  was enhanced to account for the fact that increased notice is necessary to reach

27  Class Members who purchased a small value product from three and half to five

28  and half years ago.  The program also includes direct mail notice to the last

DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

00061370

known address of Class Members who previously submitted claims. In addition, the Press Release issued on May 28, 2013, had the intended effect of generating broad media interest in the Settlement. As a result of the Press Release, the Settlement was picked up by a number of publications and news organizations. For instance, I was interviewed for a story that ran on the Dow Jones newswire and for a radio piece that ran nationwide on National Public Radio affiliates. Stories about the settlement appeared in dozens of news outlets nationwide.

26. Plaintiffs' Counsel have each litigated this case on a contingency basis and would receive nothing unless they successfully resolved this Litigation. Now, after over four years of litigation Plaintiffs' Counsel should be compensated for their successful efforts from the common fund they created for the benefit of the Class.

27. From January 2010 through July 24, 2013, the total hours spent by BHO was 869 hours, equating to a total lodestar amount based on the firm's billing rates of $470,036.25. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases, including class action cases, and for hourly paying clients. Based on my experience as a litigator based in San Diego, the rates of attorneys in my firm are also in line with or lower than rates charged by other class action litigators based in San Diego. *See also, e.g.*, 2011 and 2012 National Law Journal Billing Survey, true and correct copies of which are attached hereto as Exhs. 1 and 2. Further, BHO's hourly rates have been approved as reasonable by numerous courts in other consumer class action settlements. *See Hartless v. Clorox Company*, 273 F.R.D. 630, 644 (S.D. Cal. 2011) (hourly rates comparable to rates approved in other class action litigation and also reasonable in terms of rates charged in the San Diego area); *Johnson v. General Mills, Inc. et al,* No. SACV 10-00061-CJC(ANx) (approval of attorneys' fees granted June 17, 2013); *In re Skechers Toning Shoes Products Liability Litig.,* No. 3:12-CV-00204-TBR (approval of attorneys' fees granted

00061370

May 13, 2013); *In re Reebok Easytone Litigation*, 10-CV-11977 (D. Mass.) (approval of attorneys' fee granted January 19, 2012); *Gemelas v. The Dannon Company, Inc.*, 08-CV-00236 (N.D. Ohio) (approval of attorneys' fees granted June 24, 2010). A breakdown of the lodestar is as follows:

| Name | Hours | Rate | Lodestar |
|---|---|---|---|
| Timothy G. Blood (partner) | 251.00 | $695 | $174,445.00 |
| Leslie E. Hurst (partner) | 356.25 | $585 | $208,406.25 |
| Thomas J. O'Reardon II (partner) | 21.00 | $510 | $10,710.00 |
| Paula M. Roach (associate) | 2.5 | $410 | $1,025.00 |
| Jennifer MacPherson (project attorney) | 69.00 | $410 | $28,290.00 |
| Sean Coletta (project attorney) | 40.00 | $305 | $12,200.00 |
| Tiffany Bailey (project attorney) | 7.00 | $320 | $2,240.00 |
| Bethany Maxwell (paralegal) | 46.75 | $280 | $13,090.00 |
| Paralegals | 75.50 | $260 | $19,630.00 |
| **Total** | **869** | | **$470,036.25** |

28. Through July 18, 2013, BHO incurred a total of $5,964.42 in expenses in connection with the Litigation. The expenses are as follows:

| Expense Category | Total |
|---|---|
| Mediation Fees (JAMS) | $3,175.00 |
| Photocopies/Printing | $1,729.95 |
| Travel | $163.90 |
| Service | $300.00 |
| Lexis/Pacer | $304.40 |
| Postage/FedEx | $46.53 |
| Long Distance Telephone | $94.64 |
| Website Postings/Updates | $150.00 |
| **Total** | **$5,964.42** |

29. The expenses pertaining to this case are reflected in the books and records of BHO. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expense. All of the expenses listed above were reasonably incurred in the normal course of

DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

BLOOD HURST & O'REARDON, LLP

00061370

BLOOD HURST & O'REARDON, LLP

business. It is the practice of BHO to charge our clients for these categories of expenses.

30. My law firm was formed in January 2010, roughly eight or nine months after we began working on this case. From the inception of the Litigation until January 2010, I and others who worked on this case were members and associates of the firm known as Robbins, Geller, Rudman & Dowd LLP. From inception of the case through December 31, 2010, the hours, lodestar and expenses of the Robbins Geller firm are set forth below.

| Name | Hours | Rate | Lodestar |
|------|-------|------|----------|
| Timothy G. Blood | 12.25 | $655 | $ 8,023.75 |
| Thomas J. O'Reardon II | 10.25 | $345 | $ 3,536.25 |
| Paralegal | 1.75 | $280 | $ 490.00 |
| Economic Analyst | 1.00 | $295 | $ 295.00 |
| Client Relations | 3.00 | $285 | $ 855.00 |
| **Total** | **28.25** | | **$13,200.00** |

| Expense Category | Total |
|------------------|-------|
| Photocopies | $ 499.52 |
| Lexis, Pacer and Research | $ 208.23 |
| Postage | $ 0.88 |
| Mediation Fees | $2,875.00 |
| Messenger Services | $ 60.00 |
| **Total** | **$3,643.63** |

31. These hours, rates and expenses are reflected in the books and records of Robbins Geller, summaries of which were provided to me for Plaintiffs' fee application.

32. The hours, lodestar and expenses of the other Plaintiffs' Counsel that worked on the case are set forth in the concurrently filed declarations from each such law firm. Based on these declarations, Plaintiffs' Counsel in total spent over 1,940 hours litigating this case through July 24, 2013, for a total lodestar of $975,526.25. Based on these declarations, the total non-reimbursed expenses incurred to date are $23,866.33. Total fees and expenses equal $999,392.58.

00061370

No. 3:09-CV-01786-IEG(WMC)
DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

BLOOD HURST & O'REARDON, LLP

1       33.     Attached are true and correct copies of the following documents:

2           Exhibit 1:     2011 National Law Journal Billing Survey

3           Exhibit 2:     2012 National Law Journal Billing Survey

4       I declare under penalty of perjury under the laws of the United States of

5 America that the foregoing is true and correct. Executed this 26th day of July,

6 2013, at San Diego, California.

7

8                  By:       *s/ Timothy G. Blood*

9                       TIMOTHY G. BLOOD

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00061370    DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

BLOOD HURST & O'REARDON, LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CF/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2013.

_s/ Timothy G. Blood_
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

00061370

Case No. 3:09-CV-01786-IEG(WMC)
DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

EXHIBIT 1

# Firms settling for modest rate increases

BILLING, FROM PAGE 1

market," said Altman Weil consultant Ward Bower. "There was so much demand that law firms were in the driver's seat and could get what they wanted. Clients are in the driver's seat now and they aren't going to pay those increases. They are increasing their innovations around pricing, strategy and billing decisions."

Still, law firms did find room to boost rates somewhat as many clients' economic fortunes improved—a move firms were reluctant to make during the previous two years, when clients were reeling from the recession. The average firmwide billable hour increased from $390 to $407, while the median grew by 2.2 percent from $404 to $413, according to the survey. The average partner rate increased by 3.9 percent to $482, while the average associate rate increased by 3.5 percent to $303.

The survey included billing information for 42 of the firms on *The National Law Journal's* 2010 survey of the nation's 250 largest law firms. We asked firms to report their billing rates and use of alternative billing arrangements.

The results echoed the findings of other organizations that track legal trends and finances. Hildebrandt Institute's Peer Monitor Index for the third quarter of 2011 indicated that billing rates were up by about 3.5 percent compared with a year ago. A survey of law firm managing partners by Altman Weil Inc. in April and May concluded that firms planned a median rate increase of 4 percent. Citi Private Bank, which offers financial services to law firms and tracks industry trends, reported rate increases of about 3.5 percent.

### SAME OLD STORY

"The story hasn't changed a whole lot in the past year," said Mark Medice, who oversees Hildebrandt Institute's index. "And I suspect that we'll see a similar story in 2012, which is that rates will increase about 3 or 3.5 percent."

Average rate increases don't tell the full story of how firms and clients approach pricing, several consultants and managing partners cautioned.

"Rates are across the board rate hikes, which were popular before the economic downturn; many firms are being more targeted. Maybe it will benefit a few categories or practice areas that will bear increases while paying leaving rates alone elsewhere," Medice said.

Johnson, chairman of Southwest firm Snell & Wilmer, has seen the same thing. "Some of these lawyers are really doing outstanding work, and clients rely heavily upon them," he said. "At that point, you kind of say to the client, 'Maybe we can keep the rates the same for X, Y and Z, but we have a lot of people who want to work with A and B, and we're increasing their rates.' They are willing to pay what they consider fair for the people they view as valuable. But in this day and age, it's tougher to tell a client [that] you are raising rates across the board."

Being more targeted about rate increases means that rate structures overall are becoming more complicated. Bower said.

Medice believes that the rate increases reflect in part the shifting of work to more senior attorneys. Reports are legion of clients proclaiming they no longer want to pay for the on-the-job training of first- and second-year associates but want their matters staffed with experienced attorneys. Those senior attorneys come with higher price tags, he noted. Similarly, Citi attributed rate increases not to the willingness of clients to pay more, but rather to the movement of lawyers to more senior positions.

"We're starting to get some information that firms are taking a harder look at



**SUSAN HACKETT:** "Most clients, at the end of the day, think that conversations about billing rates are tone deaf," the legal consultant said.

associates," Medice said. The use of first- and second-year associates has declined, and there's a stronger mix of senior associates in the pool.

### CHANGING ECONOMICS

The economics within firms are changing, said Susan Hackett, chief executive officer of consulting firm Legal Executive Leadership, which offers strategic advice, retreats, surveys and other resources to law firms and law departments. Senior attorneys often bill fewer hours than their less experienced counterparts so, although their average rates are higher, that doesn't necessarily translate into more revenue for the firm, she said.

Beyond that, fluctuations in average billing rates are also losing their relevance as more firms move toward fixed fees or other arrangements besides the billable hour, Hackett said. Firms assign hourly billing rates to partners and associates for bookkeeping purposes, but they don't accurately reflect what clients ultimately pay. This can skew the overall figures.

"Most clients, at the end of the day, think that conversations about billing

rates are tone deaf," Hackett said. "They think the discussion should be about their all-in costs."

Several legal consultants predicted tough times in 2012, given the reluctance of clients to accept significant rate increases. The slight increases during 2011 didn't necessarily cover firms' increases in direct and overhead expenses, which both Citi and Hildebrandt put between 3 and 5 percent. Those surveys noted relatively weak growth in demand. Additionally, many firms have already made "surface" cuts, such as reducing the number of new associates and axing perquisites including lavish parties, so further cost reductions are likely to hit partners in the pocketbook, Hackett said.

"I think firms are going to try to raise rates in 2012," Bower said. "Whether or not they will be successful depends on the reaction of the clients. I think some clients are going to push back. I think, going forward, we'll see rate increases that are more closely tied to the consumer price index."

Even if firms do increase rates in 2012, they might not actually bring in additional revenue, since many offer discounted rates to help clients through the tough economy, Hackett said. In many cases, firms are looking to raise rates because they offered so many discounts and they're just trying to get back to even," she said. "The raising rates and discount discussion is a hamster wheel everyone's caught in."

The past three years have made clear that law firms can no longer rely on significant annual rate increases to drive revenue growth, Medice said.

"The question now becomes, 'How do we grow revenue?'" he said. "I think we're on a relatively steady path to change the pricing, and relationship model, even though alternative fee arrangements are still only about 10 to 12 percent of business. I think we'll see a lot of law firm mergers as well."

*Karen Sloan can be contacted at ksloan@alm.com.*

SAMPLING, FROM PART 2

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL TIME EQUIVALENT ATTORNEYS | FIRM WIDE | | PARTNER | | | | ASSOCIATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patton Boggs | Washington | $12 | $541 | $540 | $730 | $410 | $659 | $645 | $570 | $240 | $410 | $415 |
| Pepper Hamilton | Philadelphia | | | | | | | | | | | |
| Perkins Coie | Seattle | 680 | $462 | | $675 | $285 | $550 | $545 | $390 | $215 | $365 | |
| Phelps Dunbar | New Orleans | $220 | | | | | | | | | | |
| Polsinelli Shughart | Kansas City, Mo. | 260 | | | $530 | $275 | | | $395 | $205 | | |
| Saul Ewing | Philadelphia | 220 | $411 | $450 | | $350 | $202 | $490 | $405 | $245 | $325 | $300 |
| Schulte Roth & Zabel | New York | 406 | $615 | $650 | $395 | $720 | $846 | $840 | $675 | $285 | $605 | $580 |
| Seyfarth Shaw | Chicago | 702 | $417 | $375 | $190 | $355 | $525 | $525 | $305 | $275 | $340 | $340 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 665 | | | $860 | $585 | | | $535 | $275 | | |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 228 | $345 | $165 | $365 | $364 | $375 | $270 | $165 | $252 | $120 | |
| Stoel Rives | Portland, Ore. | 373 | $385 | $375 | $625 | $320 | $451 | $450 | $300 | $195 | $292 | $275 |
| Strasburger & Price | Dallas | | $462 | $370 | $630 | $213 | | | $160 | $195 | $200 | $156 |
| Thompson & Knight | Dallas | 319 | $520 | $520 | $585 | $440 | $504 | $585 | $460 | $259 | $350 | $350 |
| Thompson Coburn | St. Louis | | | $700 | | | | $445 | $165 | | | |
| Ulmer & Berne | Cleveland | 178 | $410 | | $585 | $260 | $415 | $390 | $200 | $260 | | |
| Vedder Price | | | | | $485 | $530 | $490 | | | $315 | $135 | |
| Winstead | Dallas | 295 | $406 | | $600 | $385 | $477 | | $410 | $215 | $311 | |
| | | | | | $380 | | | | | | | |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $312 | $355 | $500 | $240 | $325 | $375 | $275 | $180 | $220 | $235 |



capstone

# Built on Experience, Leading with Excellence

Capstone Advisory Group's e-discovery practice, offers a full suite of electronic discovery services including:

- Information Management
- Identification
- Preservation
- Collection
- Processing
- Review Management and Hosting
- Computer Forensic Analysis
- Production

Capstone Advisory Group, LLC has led the resolution process in some of the most complex corporate domestic and international matters. Our broad experience and superior service, coupled with our personal, hands-on approach have benefited hundreds of clients, from small businesses to Fortune 500 companies in a wide array of industries.

For more information please contact:

Jamie Berry, Managing Director
202 507 7108
jberry@capstoneag.com

Eric Mazur, Managing Director
202 507 7108
emazur@capstoneag.com



NEW YORK
212 782 1400

NEW JERSEY
201 587 7100

WASHINGTON, DC
202 507 7100

LOS ANGELES
213 542 7100

CHICAGO
312 588 7100

BOSTON
617 342 7253

PANAMA CITY, PANAMA
507 263 9147

BOGOTA, COLOMBIA
571 646 7400

capstoneag.com

# Firms report using alternatives to the billable hour

Below is a listing of law firms, in alphabetical order, that reported use of alternative billing methods. We asked firms to report on the percentages of revenue obtained through variations on the billable hour and true alternatives. 2010 percentages appear where available.

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS | REVENUE BREAKDOWN | | |
|---|---|---|---|---|---|
| | | | | | |
| Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, Tenn. | 527 | 5 | 35 | 20 |
| | Riverside, Calif. | 126 | 15 | | |
| Bingham McCutchen | Boston | 801 | 5 | 5 | 5 |
| Bryan Cave | St. Louis | 908 | | 20 | 20 |
| | Detroit | 170 | 24 | | |
| Cadwalader, Wickersham & Taft | New York | 481 | 27 | 25 | |
| | | | | | |
| Day Pitney | Parsippany, N.J. | 324 | 40 | 7 | |
| | Cincinnati | 407 | 40 | | |
| DLA Piper | New York | 3,348 | 95 | 2.5 | |
| | | | | | |
| Duane Morris | Philadelphia | 629 | 5 | 4 | 8 | 6 |
| Ford & Harrison | Atlanta | 173 | 24 | 20 | 9 | 7 |
| | Cincinnati | 121 | 76 | 16 | | |
| Gardere Wynne Sewell | Dallas | 265 | 15 | 20 | 5 | 10 |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | 46 | 21 | |
| Holland & Knight | Washington | 910 | | 9 | |
| | Brentwood, Tenn. | 255 | | | |
| Husch Blackwell | St. Louis | 551 | | | 5 |
| | White Plains, N.Y. | 818 | | | |
| Kaye Scholer | New York | 423 | | 20 | |
| | Seattle | 186 | 50 | 50 | 10 |
| Latham & Watkins | New York | 1,951 | | 2.5 | |
| | Kansas City, Mo. | 281 | | 10 | |
| Manatt, Phelps & Phillips | Los Angeles | 322 | 62 | 66 | 12 | 14 |
| | Morristown, N.J. | 177 | 1 | 4 | | 15 |
| McKenna Long & Aldridge | Atlanta | 425 | 20 | 11 | 15 | 20 |
| | Chattanooga, Tenn. | 104 | | 17 | | |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 599 | 5 | 6 | 5 | 5 |
| | Columbia, S.C. | | | | 10 |
| Orrick, Herrington & Sutcliffe | San Francisco | 1,022 | | 20 | 25 |
| | Washington | 517 | 15 | | |
| Pepper Hamilton | Philadelphia | 459 | 10 | | 17 | 15 |
| | New Orleans | 203 | | | |

SEE ALTERNATIVES, PAGE 16

ALTERNATIVES, FROM PAGE 16

| FIRM NAME | PRINCIPAL OR LARGEST OFFICE | AVERAGE FULL-TIME EQUIVALENT ATTORNEYS | REVENUE BREAKDOWN | | | |
|---|---|---|---|---|---|---|
| Polsinelli Shughart | Kansas City, Mo. | 465 | 15 | 15 | 15 | 15 |
| Reed Smith | Pittsburgh | 1,447 | | 40 | | 10 |
| Saul Ewing | Philadelphia | 220 | 40 | 35 | 5 | 5 |
| Sedgwick | San Francisco | 345 | 15 | 15 | | |
| Seyfarth Shaw | Chicago | 702 | 83 | | 17 | 10 |
| Sheppard, Mullin, Richter & Hampton | Los Angeles | 465 | 15 | 15 | 15 | 15 |
| Shumaker, Loop & Kendrick | Toledo, Ohio | 286 | 10 | 10 | 5 | 5 |
| Sieplus & Johnson LLP | Washington | 400 | | | 10 | 10 |
| Strasburger & Price | Dallas | 181 | 60 | 30 | 20 | 15 |
| Thompson & Knight | Dallas | 515 | 30 | 30 | | |
| Ulmer & Berne | Cleveland | 170 | 45 | | 15 | |
| Vedder Price | Chicago | 140 | 40 | | 3 | |
| White and Williams | Philadelphia | 216 | | | 20 | |
| Wiley Rein | Washington | 270 | 35 | 25 | 4 | 3 |
| Wilmer Cutler Pickering Hale and Dorr | Washington | 890 | 30 | | 15 | 10 |
| Winstead | Dallas | 283 | 60 | 9 | | |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | 30 | | 10 | |



# Your wish list is our to-do list.

Here are some of the suggestions we've recently implemented — with more to come.

**NEW!** FREE quarterly electronic newsletter providing information on upcoming products, update schedules, prices, and product improvements

**NEW!** "Proximity" and exact phrase search feature in Advanced Search

**NEW!** No watermarks on exported pages

**NEW!** More books online, including more regional content

**NEW!** Creation of a library relations group to better serve customers

**NEW!** Ongoing market research

**NEW!** Improved communication to create an optimal customer experience



SCAN HERE TO VISIT
LAWJOURNALPRESS.COM



LJP Law Journal Press

[BILLING SURVEY]

# Firms report their billing rates by associate class

Below is a sampling of hourly rates charged by law firms that establish billing rates based on associate class. Firms that supplied this information are listed in alphabetical order.

| FIRM/HQ | PRINCIPAL OR LARGEST OFFICE | AVERAGE FEE ATTORNEYS | 1ST YEAR | 2D YEAR | 3D YEAR | 4TH YEAR | 5TH YEAR | 6TH YEAR | 7TH YEAR | 8TH YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| Bryan Cave | St. Louis | 998 | $200-$265 | $190-$195 | $170-$185 | $220-$420 | $300-$460 | $315-$465 | $290-$485 | $350-$510 |
| Butzel Long | Detroit | 176 | $225 | | | | | | | |
| Carlton Fields | Tampa, Fla. | 270 | $195-$210 | $210-$225 | $215-$235 | $225-$240 | $250-$265 | $255-$315 | $275-$365 | $300-$380 |
| Cozen O'Connor | Philadelphia | 501 | $225-$290 | $225-$290 | $335-$380 | $245-$360 | $245-$340 | $265-$350 | $285-$380 | $280-$395 |
| Day Pitney | Parsippany, N.J. | 321 | $214 | $275 | $290 | $328 | $330 | $335 | $360 | $351 |
| Dickinson Wright | Detroit | 223 | $195 | $205 | $210 | $220 | $235 | $245 | $255 | $265 |
| Dickstein Shapiro | Washington | 335 | $275-$290 | $275-$385 | $410-$440 | $345-$405 | $340-$490 | $300-$510 | $415-$550 | $415-$545 |
| Dinsmore & Shohl | Cincinnati | 407 | $185 | $195 | $210 | $225 | $235 | $245 | $255 | $265 |
| DLA Piper | New York | 3,842 | $345 | $395 | $455 | $520 | $580 | $600 | $650 | $675 |
| Dorsey & Whitney | Minneapolis | 567 | $238 | $263 | $280 | $287 | $305 | $330 | $370 | |
| Duane Morris | Philadelphia | 679 | $280 | $305 | $310 | $350 | $360 | $370 | $380 | $420 |
| Fitzpatrick, Cella, Harper & Scinto | New York | 168 | $275 | $300 | $325 | $350 | $370 | $385 | $405 | $420 |
| Fox Rothschild | Philadelphia | 450 | $220-$235 | $210-$265 | $245-$285 | $240-$285 | $245-$300 | $270-$345 | $190-$410 | $260-$425 |
| Frost Brown Todd | Cincinnati | 401 | $150 | $165-$185 | $175-$185 | $180-$225 | $190-$220 | $190-$240 | $185-$260 | $200-$265 |
| Gardere Wynne Sewell | Dallas | 265 | $225 | $260 | $290 | $320 | $350 | $370 | $385 | $400 |
| Harris Beach | Rochester, N.Y. | 176 | $160 | $175 | $200 | $215 | $215 | $245 | | $190 |
| Hiscock & Barclay | Syracuse, N.Y. | 174 | $175 | $175 | $195 | $195 | $205 | $205 | $205 | $220 |
| Hughes Hubbard & Reed | New York | 300 | $350 | $450 | $510 | $540 | $570 | $600 | $615 | $630 |
| | Charleston, W.Va. | 170 | $180 | $195 | $205 | $215 | $225 | $240 | | |
| Kaye Scholer | New York | 425 | $320 | $410 | $475 | $525 | $570 | $595 | $620 | $640 |
| Kelley Drye & Warren | New York | | | | | | | | | $600 |
| Knobbe Martens Olson & Bear | Irvine, Calif. | 268 | | $320 | $345 | $370 | $395 | | | |
| | Seattle | | $200 | | $210-$310 | $260-$350 | | $105-$340 | $310-$330 | $190-$360 |
| | Kansas City, Mo. | | $160 | $210 | $220 | $230 | $250 | $255 | $270 | $280 |
| Lowenstein Sandler | Morristown, N.J. | 270 | $165 | $165 | $215 | $225 | $235 | $245 | $260 | $275 |
| McKenna Long & Aldridge | Atlanta | 425 | $275 | $290 | $317 | $346 | $354 | $371 | $386 | $408 |
| Michael Best & Friedrich | Milwaukee | 206 | $170 | $195-$230 | $410-$225 | $220-$300 | $175-$265 | $240-$285 | $170-$365 | $190-$390 |
| Nelson Mullins Riley & Scarborough | Columbia, S.C. | 399 | $170-$265 | $210-$345 | $215-$295 | $225-$325 | $105-$335 | $205-$350 | $245-$326 | $255-$370 |
| Patton Boggs | Washington | 517 | $310 | $325 | $350 | $390 | $415 | $435 | $465 | $490 |
| Perkins Coie | Seattle | 693 | $264 | $275 | $284 | $291 | $321 | $337 | $359 | $378 |
| Saul Ewing | Philadelphia | 220 | $300 | $315-$325 | $355-$380 | $375-$380 | $315-$340 | $375-$410 | $290-$425 | $300-$450 |
| Schulte Roth & Zabel | New York | 406 | $285-$330 | $465 | $515 | $560 | $580 | $605 | $630 | $650 |
| Sheppard Mullin Richter & Hampton | Los Angeles | 485 | $275-$340 | $340-$440 | $380-$490 | $410-$525 | $415-$555 | $440-$580 | $485-$610 | $500-$635 |
| Shumaker Loop & Kendrick | Toledo, Ohio | 268 | $205 | | | | | | | |
| | Dallas | 101 | $21 | $234 | $21 | $24 | $258 | $233 | $264 | $279 |
| Thompson & Knight | Dallas | 319 | $250-$280 | $315 | $350 | $385 | $405 | $425 | $445 | $460 |
| Vedder Price | Chicago | 246 | $250 | $265 | $280 | $300 | $307 | $340 | $355 | $370 |
| Winstead | Dallas | 265 | $215 | $215 | $240 | $260 | $280 | $315 | $335 | $360 |
| Winston & Strawn | Chicago | 884 | $350 | $372 | $400 | $435 | $470 | $495 | $520 | $550 |
| Wyatt, Tarrant & Combs | Louisville, Ky. | 181 | $180 | | | | | | | |

For the 100 largest law firms in the U.S., see the NLJ 250 (nationallawjournal.com April 2011)

EXHIBIT 2



**2012 NLJ Billing Survey**

| Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Average | Partner Billing Rate Average | Associate Billing Rate Med | Partner Billing Rate Med | Firmwide Billing Rate Med |
|---|---|---|---|---|---|---|---|---|---|---|
| Adams and Reese | New Orleans | $595.00 | $275.00 | $305.00 | $175.00 | $250.00 | $375.00 | 250 | 375 | 320 |
| Best Best & Krieger | Riverside, CA | $625.00 | $310.00 | $390.00 | $225.00 | $250.00 | $435.00 | 250 | 435 | 390 |
| Brinks Hofer Gilson & Lione | Chicago | $835.00 | $325.00 | $460.00 | $190.00 | $325.00 | $560.00 | 325 | 560 | 385 |
| Bryan Cave | St. Louis | $795.00 | $390.00 | $550.00 | $200.00 | $373.00 | $553.00 | 373 | 553 | 480 |
| Butzel Long | Detroit | $750.00 | $290.00 | $425.00 | $210.00 | $234.00 | $363.00 | 234 | 363 | 313 |
| Cozen O'Connor | Philadelphia | $970.00 | $320.00 | $575.00 | $235.00 | $345.00 | $513.00 | 345 | 513 | 440 |
| Dickinson Wright | Detroit | $585.00 | $285.00 | $280.00 | $205.00 | | | | | |
| Dickstein Shapiro | Washington | $1250.00 | $560.00 | $570.00 | $235.00 | $460.00 | $700.00 | 460 | 700 | 580 |
| Dinsmore & Shohl | Cincinnati | $650.00 | $180.00 | $325.00 | $130.00 | $225.00 | $380.00 | 225 | 380 | 310 |
| DLA Piper | New York | $1200.00 | $550.00 | $760.00 | $335.00 | $530.00 | $775.00 | 530 | 775 | 635 |
| Dorsey & Whitney | Minneapolis | $835.00 | $305.00 | $420.00 | $200.00 | $275.00 | $525.00 | 275 | 525 | 410 |
| Dykema Gossett | Chicago | $675.00 | $395.00 | $465.00 | $235.00 | $305.00 | $505.00 | 305 | 505 | 415 |
| Epstein Becker & Green | New York | $750.00 | $330.00 | $455.00 | $215.00 | $330.00 | $535.00 | 330 | 535 | 435 |
| Fisher & Phillips | Atlanta | $565.00 | $350.00 | $395.00 | $215.00 | $305.00 | $430.00 | 305 | 430 | 410 |
| Foley & Lardner | Milwaukee | $875.00 | $390.00 | $605.00 | $200.00 | $370.00 | $570.00 | 370 | 570 | 495 |
| Fox Rothschild | Philadelphia | $760.00 | $340.00 | $480.00 | $200.00 | $310.00 | $500.00 | 310 | 500 | 435 |
| Frost Brown Todd | Cincinnati | $525.00 | $205.00 | $275.00 | $150.00 | $205.00 | $350.00 | 205 | 350 | 295 |
| Gardere Wynne Sewell | Dallas | $795.00 | $395.00 | $525.00 | $235.00 | $350.00 | $565.00 | 350 | 565 | 485 |
| Gibbons | Newark, NJ | $815.00 | $395.00 | $450.00 | $285.00 | $320.00 | $500.00 | 320 | 500 | 450 |
| Harris Beach | Rochester, NY | $625.00 | $285.00 | $350.00 | $175.00 | $250.00 | $400.00 | 250 | 400 | 350 |
| Hiscock & Barclay | Syracuse, NY | $650.00 | $235.00 | $275.00 | $175.00 | $225.00 | $441.00 | 225 | 441 | 361 |
| Hogan Lovells | Washington | $1200.00 | $545.00 | $655.00 | $310.00 | $465.00 | $750.00 | 465 | 750 | 625 |

| Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Average | Partner Billing Rate Average | Associate Billing Rate Med | Partner Billing Rate Med | Firmwide Billing Rate Med |
|---|---|---|---|---|---|---|---|---|---|---|
| Holland & Hart | Denver | $695.00 | $275.00 | $400.00 | $180.00 | $268.00 | $420.00 | 268 | 420 | 360 |
| Holland & Knight | Washington | $985.00 | $315.00 | $575.00 | $200.00 | $310.00 | $560.00 | 310 | 560 | 490 |
| Husch Blackwell | St. Louis | $890.00 | $240.00 | $445.00 | $185.00 | $235.00 | $405.00 | 235 | 405 | 355 |
| Kelley Drye & Warren | New York | $950.00 | $450.00 | $600.00 | $285.00 | $450.00 | $660.00 | 450 | 660 | 550 |
| Knobbe Martens Olson & Bear | Irvine, CA | $760.00 | $425.00 | $420.00 | $295.00 | $330.00 | $525.00 | 330 | 525 | 380 |
| Lathrop & Gage | Kansas City, MO | $595.00 | $285.00 | $385.00 | $205.00 | $245.00 | $410.00 | 245 | 410 | 355 |
| Lewis and Roca | Phoenix | $725.00 | $410.00 | $450.00 | $225.00 | $330.00 | $520.00 | 330 | 520 | 470 |
| Locke Lord | Dallas | $1285.00 | $455.00 | $600.00 | $265.00 | $400.00 | $655.00 | 400 | 655 | 560 |
| McAfee & Taft | Oklahoma City | $500.00 | $250.00 | $265.00 | $165.00 | $215.00 | $375.00 | 215 | 375 | 335 |
| McDonald Hopkins | Cleveland | $595.00 | $310.00 | $370.00 | $185.00 | $270.00 | $440.00 | 270 | 440 | 380 |
| McElroy, Deutsch, | Morristown, NJ | $575.00 | $300.00 | $325.00 | $190.00 | $255.00 | $385.00 | 255 | 385 | 300 |
| McKenna Long & | Atlanta | $830.00 | $375.00 | $560.00 | $215.00 | $395.00 | $550.00 | 395 | 550 | 455 |
| Michael Best & Friedrich | Milwaukee | $650.00 | $245.00 | $350.00 | $210.00 | $265.00 | $425.00 | 265 | 425 | 380 |
| Miles & Stockbridge | Baltimore | $700.00 | $320.00 | $350.00 | $230.00 | $300.00 | $460.00 | 300 | 460 | 405 |
| Miller & Martin | Chattanooga, TN | $630.00 | $250.00 | $285.00 | $185.00 | $225.00 | $385.00 | 225 | 385 | 340 |
| Nelson Mullins Riley & Scarborough | Columbia, SC | $850.00 | $230.00 | $370.00 | $160.00 | $258.00 | $420.00 | 258 | 420 | 330 |
| Patton Boggs | Washington | $990.00 | $425.00 | $570.00 | $240.00 | $435.00 | $665.00 | 435 | 665 | 550 |
| Perkins Coie | Seattle | $910.00 | $290.00 | $605.00 | $220.00 | $365.00 | $560.00 | 365 | 560 | 485 |
| Polsinelli Shughart | Kansas City, MO | $650.00 | $300.00 | $325.00 | $210.00 | $260.00 | $390.00 | 260 | 390 | 350 |
| Rutan & Tucker | Costa Mesa, CA | $650.00 | $340.00 | $425.00 | $200.00 | | | | | |
| Saul Ewing | Philadelphia | $800.00 | $335.00 | $510.00 | $225.00 | $310.00 | $500.00 | 310 | 500 | 450 |
| Schulte Roth & Zabel | New York | $995.00 | $785.00 | $705.00 | $295.00 | $585.00 | $895.00 | 585 | 895 | 605 |
| Sedgwick | San Francisco | $587.00 | $189.00 | $420.00 | $157.00 | $260.00 | $361.00 | 260 | 361 | 299 |
| Shumaker, Loop & | Toledo, OH | $570.00 | $280.00 | $325.00 | $210.00 | $255.00 | $390.00 | 255 | 390 | 375 |
| Shutts & Bowen | Miami | $635.00 | $250.00 | $370.00 | $190.00 | $263.00 | $415.00 | 263 | 415 | 380 |
| Stoel Rives | Portland, OR | $655.00 | $300.00 | $435.00 | $200.00 | $276.00 | $463.00 | 276 | 463 | 400 |
| Strasburger & Rice | Dallas | $649.00 | $213.00 | $385.00 | $190.00 | $243.00 | $402.00 | 243 | 402 | 397 |
| Sullivan & Worcester | Boston | $900.00 | $500.00 | $540.00 | $320.00 | $430.00 | $670.00 | 430 | 670 | 570 |
| Thompson & Knight | Dallas | $900.00 | $440.00 | $480.00 | $260.00 | $365.00 | $595.00 | 365 | 595 | 530 |
| Thompson Coburn | St. Louis | $750.00 | $330.00 | $460.00 | $200.00 | | | | | |

| Firm Name | Location | Partner Billing Rate High | Partner Billing Rate Low | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Average | Partner Billing Rate Average | Associate Billing Rate Med | Partner Billing Rate Med | Firmwide Billing Rate Med |
|---|---|---|---|---|---|---|---|---|---|---|
| Ulmer & Berne | Cleveland, OH | $615.00 | $265.00 | $395.00 | $195.00 | $295.00 | $420.00 | 295 | 420 | 350 |
| Vedder Price | Chicago | $835.00 | $410.00 | $450.00 | $275.00 | $350.00 | $510.00 | 350 | 510 | 460 |
| Winstead | Dallas | $645.00 | $375.00 | $425.00 | $215.00 | $320.00 | $475.00 | 320 | 475 | 410 |