247 Plymouth Avenue
Buffalo, N.Y. 14213
August 2, 2013

NUNC PRO TUNC
AUG 12 2013

13 AUG 14 PM 3:41

Honorable Irma E. Gonzales
U.S. District Court
San Diego, California 92101

CASE: Dennis vs Kelloggs
CASE NO. 3:09-CV-01786-IEG(WMC)

Dear Honorable Irma Gonzales,

    I, Dorothy Cicero, am writing in reference to the class action settlement, which I just recently heard about it after being notified a few weeks ago. I feel an objection should be made before judgement is rendered by your Honor. I don't have must time, so I'll be brief as possible. My main concern is just to receive what I had purchased between the 18 months of January 28, 2008 - October 1, 2009. I know and understand that they want to give $5.00 a box of MINI WHEATS and a <u>total</u> of 3 boxes. Your Honor, I myself and my family go threw 3 boxes in a months time sometimes even more. So with that in mind, I would like to take this time to honestly tell you that I've purchased at least 54 boxes in that time period from January 28, 2008 - October 1, 2009. This is an amount that I am willing to settle on, even though I have purchased more than that, and I am still to this day buying Kelloggs Mini-Wheats because I love them and

my family as well.

    I believe that anyone who takes the time out to explain their case or objection to the amount that they have stated they should receive, just what they are asking such as myself. I feel that 3 bopes a month that I have purchased is sufficient.

    In closing I'd like to Thank You for your time and kind consideration.

Sincerely & Respectfully,

Dorothy Cicero
DOROTHY CICERO
(716) 885-1452

Dorothy Cicero
247 Plymouth Ave
Buffalo, NY 14213-2509

Honorable Irma E. Gonzales
U.S. District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, California
92101

9210169295