1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 HARRY DENNIS and JON KOZ, individually and on behalf of those similarly situated,<br>12<br>13<br>14                    Plaintiffs,<br>15    v.<br>16<br>17 KELLOGG CO.,<br>18                    Defendant. | Case No.: 3:09-CV-01786-IEG (WMC)<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH**<br><br><br><br>Date:        September 9, 2013<br>Time:       10:30 a.m.<br>Courtroom: 4D<br>Judge:     Hon. Irma E. Gonzalez |

19

20

21

22

23

24

25

26

27

28 SUPPLEMENTAL DECLARATION
OF JENNIFER M. KEOUGH          - 1 -
Case No.:  3:09-CV-01786-IEG(WMC)

1    **<u>SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH</u>**

2    I, JENNIFER M. KEOUGH, declare:

3        1.    I am the Chief Operating Officer of The Garden City Group, Inc.

4    ("GCG").  The following statements are based on my personal knowledge and

5    information provided by other GCG employees working under my supervision, and

6    if called on to do so, I could and would testify competently thereto.

7        2.    GCG was appointed as Class Action Settlement Administrator

8    pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary

9    Approval ("Court's Order") dated May 3, 2013, as amended in the Order Granting

10   Joint Motion to Modify Preliminary Approval Order dated May 9, 2013, and in

11   accordance with the Stipulation of Settlement dated March 15, 2013. [1]

12       3.    In my declaration dated July 24, 2013, I previously outlined the notice

13   program implemented to notify Class Members of the Settlement.  The

14   implemented Notice Program triggered significant news coverage of the Settlement

15   via local and national news media.

16       4.    The Publication Notice used to provide notice to the Class informed

17   Class Members that they could obtain information concerning the request for final

18   approval and application for attorneys' fees by calling the Class Action Settlement

19   Administrator.  GCG did not receive any requests for this information.

20       5.    Based on the monetary relief provided by the Settlement and the

21   number of claims that have been submitted to date, the Settlement Fund will be

22   exhausted by paying claimants.  As a result, at the time of the anticipated

23   distribution, there will be no money left over for a *cy pres* distribution.  However,

24

25       [1] Unless otherwise defined herein, all capitalized terms shall have the same

26   meaning as set forth in the Stipulation of Settlement ("Stipulation").

27

28   SUPPLEMENTAL DECLARATION
     OF JENNIFER M. KEOUGH            - 2 -
     Case No.:  3:09-CV-01786-IEG(WMC)

1  if any checks issued as a result of properly submitted claims are not cashed after

2  the applicable deadline (typically, a small amount), they will be paid in accordance

3  with Section IV.A.3.(b) of the Stipulation of Settlement.

4        6.     The costs of notice and settlement administration from the previous

5  settlement were paid separately by Kellogg's.  No part of those previous settlement

6  costs were paid from the Settlement Fund here.

7

8       I declare under penalty of perjury under the laws of the United States of

9  America that the foregoing is true and correct.

10

11       Executed this 29th day of August, 2013 in Seattle, Washington.

12

13  _____

14                Jennifer M. Keough

15

16

17

18

19

20

21

22

23

24

25

26

27

28  SUPPLEMENTAL DECLARATION
OF JENNIFER M. KEOUGH     - 3 -
Case No.:  3:09-CV-01786-IEG(WMC)