Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (866) 583-8115
Additional Counsel listed below

Attorneys for Objector Stephanie Berg and Omar Rivero

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS and JON KOZ, On Behalf of Themselves and All Other Others Similarly Situated,<br><br>                   Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY, a Delaware Corporation,<br><br>                   Defendant. | Case No. 3:09-CV-01786-IEG (WMC)<br><br>**NOTICE OF MOTION AND FRCP RULE 54 MOTION FOR ATTORNEY FEES** |

    PLEASE TAKE NOTICE Stephanie Berg and Omar Rivero move this Honorable Court for an award of attorneys' fees and incentive awards for the successful assertion of their objections (Dkt. 43, 44) and appeal. (Case No. 11-55674) Objectors seek an award of fees equal to 10% of the $1,525,000 increased class benefit attributable to the new settlement resultant of the reversal by the Ninth Circuit of the 2010 settlement.   Berg and Rivero consent to disposition of this motion on the papers.


Dated:   September 24, 2013            By:  ____/s/ Darrell Palmer_____
                                            DARRELL PALMER
                                            Attorney for Objector Stephanie Berg

                                            Christopher A. Bandas (TX Bar No. 00787637)
                                            BANDAS LAW FIRM, P.C.
                                            500 N. Shoreline Blvd.
                                            Corpus Christi, Texas 78401-0353
                                            T: (361) 698-5200

F: (361) 698-5222
cbandas@bandaslawfirm.com
Attorneys for Omar Rivero

**CERTIFICATE OF SERVICE**

    I certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.  I certify that for all participants registered CM/ECF users, service will be accomplished by the USDC CM/ECF system.

                      ___/s/ Darrell Palmer____
                        Darrell Palmer