UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS on behalf of himself and all other Californians similarly situated, | Civil No. 09cv1786 L(WMc) |
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| KELLOGG COMPANY, | |
| Defendant. | |

Class member and Objector Todd Henderson moves for reconsideration [doc. #119] under Federal Rules of Civil Procedure 59 and 52. The hearing is set for November 18, 2013. The Court finds this motion suitable for determination on the papers submitted and without oral argument under Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

**IT IS SO ORDERED.**

DATED: November 6, 2013

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28