UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS on behalf of himself and all other Californians similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>KELLOGG COMPANY,<br><br>          Defendant. | Civil No. 09cv1786 L(WMc)<br><br>**ORDER GRANTING JOINT MOTION TO STRIKE PORTIONS OF THE ORDER GRANTING MOTION FOR FINAL APPROVAL [doc. #137] and DENYING AS MOOT MOTION TO AMEND/CORRECT ORDER [doc. #119]** |

On September 30. 2013, class member and Objector Todd Henderson moved to amend or correct the Final Approval Order filed September 10, 2013 [doc. #115] under Federal Rules of Civil Procedure 59 and 52. The parties now move jointly to strike portions of the Final Approval Order.

Good cause appearing, the parties' joint motion to strike is **GRANTED AS FOLLOWS:**

1. The following portions from the Final Approval Order [doc. #115] are hereby stricken:

– "and Theodore Frank of the Center for Class Action Fairness" from lines 22-22.5 of footnote 2 on page 7;

– Lines 26-28 of footnote 2 on page 7, beginning with "As to attorney Theodore Frank…"; and

        – The last sentence and accompanying citation of footnote 3 on page 8, beginning with "Moreover, it echoes…"

2.     The second clause of the first sentence of Section I.C.2 (page 8, line 9) is replaced with "rather, he argues that other objectors should be entitled to attorneys' fees for their prior success on appeal."

**IT IS FURTHER ORDERED** that the parties shall email and also deliver directly to the chambers of the undersigned an Amended Final Approval Order that reflects the above changes on or before November 14, 2013.

**IT IS FURTHER ORDERED** that Objector Henderson's motion for reconsideration of the Final Approval Order [doc. #119] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

DATED: November 12, 2013

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL