UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY DENNIS et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>KELLOGG COMPANY,<br><br>                Defendant. | Case No.: 3:9-cv-1786-L-WMC*<br><br>**ORDER TO DISBURSE FUNDS** |

      On August 10, 2011, the Court ordered ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ to post a $3,000 appeal bond. (Doc. No. 65). ▮▮▮▮▮▮▮▮ – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ sent the Clerk a check for $3,000 to cover the appeal bond. (Doc. No. 162).

      This action is now terminated. (*See* Docket). The funds deposited in the Court's registry remain on deposit. (Doc. No. 159).

      On June 4, 2020, the Clerk issued a notice for the disbursement of funds deposited with the Court. *Id*. On April 15, 2021, the Clerk issued a second notice. (Doc. No. 160).

///
///
///
///
///
///

*The Honorable Magistrate Judge William McCurine, Jr is now retired. However, he remains listed as the assigned Magistrate Judge in this action.

On May 14, 2021, Christopher A. Bandas filed a motion to exonerate the appeal bond and disburse the funds. (Doc. No. 162). Based on the forgoing, the Court **GRANTS** the motion. *See* Civ. L. R. 67.1. The bond is exonerated. The Clerk is instructed to disburse the $3,000 held in the Court's registry to: ███████████████████████████████████████████████████████████

**IT S SO ORDERED.**

Dated: June 2, 2021

Hon. M. James Lorenz
United States District Judge

---

*The Honorable Magistrate Judge William McCurine, Jr is now retired. However, he remains listed as the assigned Magistrate Judge in this action.

2
3:9-cv-1786-L-WMC